```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

         MAY 27 2011    JS

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

11-CV-00872-DISCL

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, | ) |
|           Plaintiffs, | ) CASE NO. 11-cv-872 RAJ |
| v. | ) |
| JPMORGAN CHASE BANK N.A., NORTHWEST TRUSTEE SERVICES, INC., | ) CERTIFICATE OF SERVICE |
|           Defendants. | ) |

I, Melissa D Wagner, at the request of Plaintiff: DEBORAH R. BEATON, personally served a copy of the following documents:

1. SUMMONS

2. VERIFIED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF W/Exhibits A-F attached

3. AFFIDAVIT OF HARDSHIP AND INJURY FOR DEBORAH R. BEATON

4. VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

5. VERIFIED MOTION FOR PRELIMINARY INJUNCTION

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 2

To:   NORTHWEST TRUSTEE SERVICES, INC.
13555 SE 36th Street, Suite, 100
Bellevue, WA 98006

on May 25th, 2011.                          Signature: _Melissa D_____

### JURAT

I the undersigned Notary Public certify that I know or have satisfactory evidence that **Melissa D. Wagner** appeared before me, and executed this Certificate of Mailing as his sworn statement as a free and voluntary act of his own will under penalty of perjury.

I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of **Pierce** that the foregoing paragraph is true and correct.

DATED: **5.25.11**

_Diane M Dettling_
Notary Public
My appointment expires **9.22.2014**

SEAL
Notary Public
State of Washington
DIANE M DETTLING
My Appointment Expires Sep 22, 2014

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 2 of 2

NOTARY PUBLIC
State of Maryland
CRANE M OLIVER
My Appointment Expires Sep 2, 2014

This is a direct field notification from serverlinks.com

DEBORAH R. BEATON

vs

JPMORGAN CHASE BANK N.A.

Your file # :

JPMORGAN CHASE BANK N.A. was served on 05/26/2011 at 11:47 AM through CORPORATE service

- This paper was served at one Chase plaza -