CC TO JUDGE __DJ__

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN  1 2011   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O WASHINGTON

11-CV-00872-INFO

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK N.A., NORTHWEST TRUSTEE SERVICES, INC., <br><br> Defendants. | CASE NO. 11-CV-872 RAJ <br><br> VERIFIED AMENDED AFFIDAVIT OF HARDSHIP AND INJURY FOR DEBORAH R. BEATON |

I, Deborah Rhea Beaton, of legal age and competent to testify, make this Affidavit/Declaration and state as follows base on my own personal knowledge and understanding and belief and under the penalties of perjury under the law of the People of the State of Washington:

1) I, Deborah Rhea Beaton, and my 24 year old son who lives in the home would face monetary, emotional and mental injury and immense Hardship if my property located at 22650 24th Avenue South, Des Moines, Washington was foreclosed on.

2) My 24 year old son live in the home. I would face mental anguish and injury should my

---

AMENDED AFFIDAVIT OF HARDSHIP
AND INJURY DEBORAH R. BEATON

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

son forced to move.

3) I and my son would face additional financial hardships with moving costs, rent costs, down payment of rent expenses and transferring of utilities expenses, which I do not have.

4) I would incur expenses and emotional and mental anguish if the property was sold; as I would have to amend my litigation and defend myself against an "Unknown" person.

5) I will incur unforeseen hardships should the home be sold and then be returned to me at a later date, if it were altered in any way.

6) The monies I used as a down payment were monies from the sale of a previous home in Spokane. I worked diligently to build the equity in that home. I will lose my entire life's savings and I cannot recover from that that at the age of 57.

7) I have suffered physical and emotional injury with the stress of the mortgage fraud I have learned about.

8) It is in the greater public interest not to foreclose as this will lower the property values of those in my neighborhood.

Respectfully submitted this 24th day of May, 2011.

Deborah Rhea Beaton

31431 46th Place SW

Federal Way, Washington 98023

Signature: *[signed]*

AMENDED AFFIDAVIT OF HARDSHIP
AND INJURY DEBORAH R. BEATON

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 2 of 2