```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
                              DJ
        JUN  1 2011
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
                           DEPUTY
```

Copy only for judge as original being mailed from NY, NY.

# UNITED STATES DISTRICT COURT
### for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>   Plaintiffs,<br>v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE<br>SERVICES, INC.,<br><br>   Defendants. | CASE NO. 11-CV-872 RAJ<br><br>CERTIFICATE OF SERVICE |

I, **Carlos Pichardo**, at the request of Plaintiff: DEBORAH R. BEATON, personally served a copy of the following documents:

1. SUMMONS

2. VERIFIED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF W/Exhibits A-F attached

3. AFFIDAVIT OF HARDSHIP AND INJURY FOR DEBORAH R. BEATON

4. VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

5. VERIFIED MOTION FOR PRELIMINARY INJUNCTION

---

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
_____ Way, WA 98023
(509) 499-1607

Page 1 of 2

11-CV-00872-LTR

To: JPMORGAN CHASE BANK N.A.
ONE CHASE MANHATTEN PLAZA
New York, NY 10005

on May 26, 2011.

Signature: Carlos Pichardo #1273233

## JURAT

I the undersigned Notary Public certify that I know or have satisfactory evidence that Carlos Pichardo appeared before me, and executed this Certificate of Service as his sworn statement as a free and voluntary act of his own will under penalty of perjury.

I certify under PENALTY OF PERJURY under the laws of the State of NEW YORK, County of NEW YORK that the foregoing paragraph is true and correct.

June 6, 2011
DATED:

Notary Public
My appointment expires ____

GONZALEZ YARIELA
Notary Public, State of New York
No. 01GO6178217
Qualified in Bronx County
Commission Expires 10/09/20__

SEAL

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 2 of 2

This is a direct field notification from serverlinks.com

DEBORAH R. BEATON

vs

JPMORGAN CHASE BANK N.A.

Your file # :

JPMORGAN CHASE BANK N.A. was served on 05/26/2011 at 11:47 AM through CORPORATE service

- This paper was served at one Chase plaza -

To see the most recent update to your service, please go to

http://www.serverlinks.com/service/record.html?workorderid=27645