```
___FILED       ___ENTERED
___LODGED      ___RECEIVED

     JUN  1 2011      DJ

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                       DEPUTY
```

11-CV-00872-M

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, | ) CASE NO. 11-CV-872 RAJ |
| Plaintiffs, | ) |
| v. | ) |
| JPMORGAN CHASE BANK N.A., NORTHWEST TRUSTEE SERVICES, INC., | ) AMENDED CERTIFICATE OF SERVICE |
| Defendants. | ) |

I, Melissa D Wagner, at the request of Plaintiff: DEBORAH R. BEATON, personally served registered agent JEFF STENMAN of NORTHWEST TRUSTEE SERVICES, INC. (attached signature of Jeff Stenman) a copy of the following documents:

1. SUMMONS

2. VERIFIED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF W/Exhibits A-F attached

3. AFFIDAVIT OF HARDSHIP AND INJURY FOR DEBORAH R. BEATON

4. VERIFIED AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 2

5. VERIFIED MOTION FOR PRELIMINARY INJUNCTION

To: NORTHWEST TRUSTEE SERVICES, INC.
13555 SE 36th Street, Suite, 100
Bellevue, WA 98006
c/o REGISTERED AGENT JEFF STENMAN

on May 25th, 2011.                    Signature: _____

### JURAT

I the undersigned Notary Public certify that I know or have satisfactory evidence that ___Melissa D. Wagner___ appeared before me, and executed this Certificate of Mailing as his sworn statement as a free and voluntary act of his own will under penalty of perjury.

I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of ___Pierce___ that the foregoing paragraph is true and correct.

DATED: 6.1.11
_____
Notary Public
My appointment expires 9.22.2014

Notary Public
State of Washington
DIANE M DETTLING
My Appointment Expires Sep 22, 2014

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 2 of 2

[illegible postmark stamp]

AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

5-25-11

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

DEBORAH R. BEATON )
_Plaintiff_ )
v. ) Civil Action No. 11-CV-872 RAJ
NORTHWEST TRUSTEE SERVICES, INC. )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  NORTHWEST TRUSTEE SERVICES, INC.
13555 SE 36th Street, Suite, 100
Bellevue, WA 98006

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Deborah R. Beaton
31431 46th Pl SW
Federal Way, WA 98023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/25/11

_Signature of Clerk or Deputy Clerk_