___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 03 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

11-CV-00872-BCST

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH R. BEATON,

    Plaintiff,

v.

JPMORGAN CHASE BANK N.A.,

NORTHWEST TRUSTEE SERVICES, INC.

    Defendants.

CASE NO. 2:11-cv-00872 RAJ

PLAINTIFF'S EX-PARTE REQUEST FOR EMERGENCY ORDER CANCELLING TRUSTEE'S SALE OF PROPERTY LOCATED AT 22650 24TH AVENUE S., DES MOINES WA, 98198 ON JUNE 3, 2011

COMES NOW, Plaintiff Deborah R. Beaton and respectfully requests this ex-parte matter; to whit a request for temporary emergency Order cancelling the Trustee's sale of Debtor's property located at 22650 24th Ave. S., Des Moines, Washington, 98198 on June 3, 2011.

For whatever reason the date of sale is in flux or questionable- that the date is debatable but Plaintiff in good faith and due diligence believes the sale is today, June 3, 2011.

The basis of this request is that if the sale is not today. the defendants will not be prejudiced by this Order.

EX-PARTE MOTION FOR EMERGENCY ORDER

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Incorporated by reference is Judge Jone's Order dated June 2, 2011:

"As to the first basis, the only documents in the record establish that Plaintiff is in default (see Complaint, Exs. D & F). As to the second basis, Plaintiff has attached to her complaint a letter from Chase dated April 5, 2011, which states that it is enclosing, inter alia, a copy of the note and security interest. See Complaint, Ex. F. Plaintiff did not attach those enclosures to her complaint, though it appears she has copies of the documents that could resolve this issue."

Plaintiff submits hereto a factual basis the attached exhibits and declaration that resolves the issues that are missing.

Plaintiff also submits that if the Trustee's Sale is not dated for June 3, 2011, Defendants are not prejudiced.

WHEREFORE as Plaintiff has submitted the documents requested by Judge Jones's June 2, 2011 Order, Plaintiff respectfully requests the Court Grant the Plaintiff's Ex-Parte Emergency Order Cancelling the Trustee's Sale of the Property commonly known as 22650 24th Ave. S., Des Moines, WA 98198 on June 3, 2011.

June 3, 2011

_Deborah R. Beaton_

EX-PARTE MOTION FOR EMERGENCY ORDER

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607