**11-CV-00872-CVSHT**

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br> Plaintiff, <br> v. <br><br> JPMORGAN CHASE BANK N.A., <br><br><br> NORTHWEST TRUSTEE SERVICES, INC. <br><br><br> Defendants. | CASE NO. 2:11-cv-00872 RAJ <br><br> EX-PARTE ORDER CANCELLING TRUSTEE'S SALE OF PROPERTY LOCATED AT 22650 24TH AVENUE S., DES MOINES WA, 98198 ON JUNE 3, 2011 |

COMES NOW this day in Chambers, Plaintiff's request for ex-parte Order based on the submitted request and exhibits in court, the Court determines;

IT IS HEREBY ORDERED that the sale of the subject property commonly known as 22650 24th Avenue South in Des Moines, WA 98198 will not be held on June 3, 2011, or through the weekend.

Dated:_____

_____
Honorable Judge Jones

EMERGENCY ORDER

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1