___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 03 2011  RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



11-CV-00872-DECL

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK N.A., <br> NORTHWEST TRUSTEE SERVICES, INC. <br><br><br> Defendants. | CASE NO. 2:11-cv-00872 RAJ <br><br><br><br> DECLARATION OF DEBORAH R BEATON |

Under the Penalty of Perjury of the Laws of the State of Washington that I am over 18 years of age, a resident of the State of Washington and I hereby declare to the best of my knowledge that the following is true and correct.

Attached hereto as exhibit A is a copy of the Trustee Sale listing.

Attached as Exhibit B is a copy of the Note indorsed to Washington Mutual Bank, FA.

Attached as Exhibit C is a copy of the Deed of Trust in favor of Washington Mutual Bank, F.A.

DECLARATION

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 2

1
2  Attached as Exhibit D is a copy of the Notice of Trustee's sale by JPMorgan Chase Bank, N.A.
3  I obtained the above exhibits from the King County Records Department.
4
5
6  Dated: June 3, 2011
7
8  _____
9  Deborah R. Beaton, Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 2 of 2