HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH H. BEATON,

        Plaintiff,

  v.

JPMORGAN CHASE BANK N.A., et al.,

        Defendants.

CASE NO. C11-872RAJ

ORDER

The court has received Plaintiff's second renewed motion for temporary restraining order ("TRO") (Dkt. # 14). On June 2, the court denied Plaintiff's first renewed motion for TRO because Plaintiff had failed to establish any likelihood of success on the merits of her claims against Defendants. *See* Order (Dkt. # 13). This order should be read in conjunction with that order.

Along with Plaintiff's second renewed motion, she has attached some new documents to a declaration (Dkt. # 15). While one of these documents establishes that a trustee's sale is scheduled for today (see Beaton Decl. (Dkt. # 15), Ex. A), none of the

ORDER- 1

1 | documents establish that there are substantive reasons to restrain the sale.  Plaintiff again
2 | attaches the August 2006 deed of trust recorded on her home with Washington Mutual
3 | Bank, FA ("WaMu") as the beneficiary, and also attaches the accompanying promissory
4 | note endorsed to WaMu.  *See* Complaint (Dkt. # 1), Ex. B; Beaton Decl. (Dkt. # 15), Exs.
5 | B & C.  These documents do not establish that there is any merit to Plaintiff's contentions
6 | that she is not in default, or that either the note or deed of trust is invalid.   Without a
7 | showing that Ms. Beaton is likely to prevail on her claims, she is not entitled to a TRO.
8 |     For these reasons, the court DENIES Plaintiff's motion (Dkt. # 14).
9 |     Dated this 3rd day of June, 2011.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2