Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK N.A., <br> NORTHWEST TRUSTEE SERVICES, INC. <br><br> Defendant. | NO. 11-872-RAJ <br><br> NOTICE OF APPEARANCE |

TO:  THE CLERK OF THE COURT; and

TO:  DEBORAH H. BEATON, Plaintiff:

PLEASE TAKE NOTICE that David A. Weibel of Bishop, White, Marshall & Weibel, P.S. hereby appear in the above entitled action as attorney for the defendant, JPMorgan Chase Bank N.A., without waiving the defenses of:

1. Lack of Jurisdiction over the Subject Matter;

2. Lack of Jurisdiction over the Person;

3. Improper Venue;

4. Insufficiency of Process;

5. Insufficiency of Service of Process;

6. Failure to State a Claim upon which Relief may be Granted; and

7. Failure to Join a Party Under FRCP 19.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to defendant, JPMorgan Chase Bank N.A., except original process, should be served upon the undersigned at the address shown below.

DATED this 3rd day of June, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/ David A. Weibel
David A. Weibel, WSBA # 24031
Attorney for Defendant, JPMorgan Chase Bank N.A.

**DECLARATION OF SERVICE**

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 3rd day of June, 2011, I caused to be delivered a copy of the foregoing Notice of Appearance to the following in the manner indicated:

| | |
|---|---|
| Deborah H. Beaton | [X] By United States Mail |
| 31431 46th Pl SW | [ ] By Legal Messenger |
| Federal Way WA 98023 | [ ] By Federal Express |
| | [ ] By Facsimile |

Signed this 3rd day of June, at Seattle, Washington.

/s/ Jackie Lough
Jackie Lough

NOTICE OF APPEARANCE - 3

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354