The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br>                          Plaintiff, <br><br>     v. <br><br> JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC., <br><br>                          Defendants. | No. 11-00872-RAJ <br><br> **NOTICE OF APPEARANCE OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

TO:           Deborah R. Beaton, *Pro Se* Plaintiff;

AND TO:   David A. Weibel, Attorneys for Defendant JPMorgan Chase Bank, N.A.;

AND TO:   The Clerk of the Court:

PLEASE TAKE NOTICE that Heidi E. Buck of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendant Northwest Trustee Services, Inc. in the above-entitled action.  You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

/ / /

NOTICE OF APPEARANCE OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. – PAGE 1 OF 3

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Heidi E. Buck
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this 6th day of June, 2011.

**ROUTH CRABTREE OLSEN, P.S.**

/s/  Heidi E. Buck
Heidi E. Buck, WSBA #41769
Attorneys for Defendant Northwest
Trustee Services, Inc.

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 2 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## Declaration of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on June 7, 2011, I caused a copy of the **Notice of Appearance of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| Deborah R. Beaton<br>31431 46th Pl. SW<br>Federal Way, WA  98203<br><br>*Pro Se* Plaintiff | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| David A. Weibel<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA  98101-1801<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 7th day of June, 2011.

    /s/  Kristine Stephan
Kristine Stephan, Paralegal

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 3 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131