_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

SA   JUN -9 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

11-CV-00212-DECL

# UNITED STATES DISTRICT COURT

for the

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DEBORAH R. BEATON,

               Plaintiffs,

    v.

JPMORGAN CHASE BANK N.A.,
NORTHWEST TRUSTEE
SERVICES, INC.,

              Defendants.

CASE NO. 11-CV-872 RAJ

CERTIFICATE OF SERVICE

I, Carlos Pichardo _____, at the request of Plaintiff: DEBORAH R. BEATON, personally served a copy of the following documents:

1. SUMMONS

2. VERIFIED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF W/Exhibits A-F attached

3. AFFIDAVIT OF HARDSHIP AND INJURY FOR DEBORAH R. BEATON

4. VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

5. VERIFIED MOTION FOR PRELIMINARY INJUNCTION

CERTIFICATE OF SERVICE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 2

1   To:    JPMORGAN CHASE BANK N.A.
2          270 Park Avenue
           New York, NY 10017
3
    on May 26, 2011.
4                                  Signature: _Carlos Pichardo_____

5                                 **JURAT**

6   I the undersigned Notary Public certify that I know or have satisfactory evidence that
7   _Carlos Pichardo_____ appeared before me, and executed this Certificate of Mailing
8   as his sworn statement as a free and voluntary act of his own will under penalty of perjury.
9   I certify under PENALTY OF PERJURY under the laws of the State of _New York____,
10  County of _New York_____ that the foregoing paragraph is true and correct.

11  _May 26, 2011_____
12  DATED:
    _____                           SEAL
13  Notary Public
14  My appointment expires _____
                              GONZALEZ YARIELA
15                         Notary Public, State of New York
                              No # 01GO6178217
                           Qualified in Bronx County
16                         Commission Expires 10/08/20 11

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE                      **Deborah R. Beaton, Plaintiff**
                                                  **31431 46th Pl SW**
                                             **Federal Way, WA 98023**
                                                 **(509) 499-1607**

Page 2 of 2