HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK N.A., et al.,<br><br>    Defendants. | CASE NO. C11-872RAJ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

The court has been notified that Plaintiff's motion for preliminary injunction (Dkt. # 9) is now moot, given that Plaintiff's property has been sold at a trustee's sale. Thus, the clerk is directed to TERMINATE Plaintiff's motion (Dkt. # 9).

DATED this 5th day of July, 2011.

WILLIAM M. McCOOL,
Clerk of the Court

   /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER- 1