Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>　　　　　　　Defendants. | NO. 11-872-RAJ<br><br>NOTICE OF ADDITIONAL APPEARANCE FOR DEFENDANT JPMORGAN CHASE BANK N.A. |

TO:　　THE CLERK OF THE COURT; and

TO:　　DEBORAH H. BEATON, Plaintiff; and

TO:　　All Parties and Their Attorneys of Record Herein:

　　　　PLEASE TAKE NOTICE that Barbara L. Bollero of Bishop, White, Marshall & Weibel, P.S., hereby appears in the above entitled action in addition to David A. Weibel as attorney for the defendant, JPMorgan Chase Bank N.A., without waiving the defenses of:

　　1.　　Lack of Jurisdiction over the Subject Matter;

　　2.　　Lack of Jurisdiction over the Person;

　　3.　　Improper Venue;

　　4.　　Insufficiency of Process;

　　5.　　Insufficiency of Service of Process;

　　6.　　Failure to State a Claim upon which Relief May be Granted; and

7. Failure to Join a Party Under FRCP 19.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to defendant, JPMorgan Chase Bank N.A., except original process, should be served upon the undersigned at the address shown below.

DATED this 6th day of July, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/ Barbara L. Bollero
David A. Weibel, WSBA # 24031
Barbara L. Bollero, WSBA #28906
Attorney for Defendant, JPMorgan Chase Bank N.A.

**DECLARATION OF SERVICE**

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 6th day of July, 2011, I caused to be delivered a copy of the foregoing Notice of Additional Appearance to the following in the manner indicated:

| | |
|---|---|
| Deborah H. Beaton<br>31431 46th Pl SW<br>Federal Way WA 98023 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Heidi Buck<br>Routh Crabtree Olsen, P.S.<br>13555 SE 36th St Suite 300<br>Bellevue WA 98006 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[X] By CM/ECF |

Signed this 6th day of July, 2011, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

NOTICE OF ADDITIONAL APPEARANCE - 3

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354