Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>                Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>                Defendants. | NO. 11-872-RAJ<br><br>JP MORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant JP Morgan Chase Bank, N.A. by and through its counsel, hereby certifies as follows:

JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., a Delaware corporation. No person or entity holds a 10% or greater interest in JPMorgan Chase & Co.

Dated this 6th day of July, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/ Barbara L. Bollero
David A. Weibel, WSBA # 24031
Barbara L. Bollero, WSBA #28906
Attorneys for Defendant, JPMorgan Chase Bank N.A.

JP MORGAN CHASE BANK, N.A.'S
CORPORATE DISCLOSURE STATEMENT -1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 6th day of July, 2011, I caused to be delivered a copy of the foregoing to the following in the manner indicated:

| | |
|---|---|
| Deborah H. Beaton<br>31431 46th Pl SW<br>Federal Way WA 98023 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[ ] By CM/ECF |
| Heidi Buck<br>Routh Crabtree Olsen, P.S.<br>13555 SE 36th St Suite 300<br>Bellevue WA 98006 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[X] By CM/ECF |

Signed this 6th day of July, 2011, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

JP MORGAN CHASE BANK, N.A.'S
CORPORATE DISCLOSURE STATEMENT -2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354