```
_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

JUL 15 2011   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
```

11-CV-00872-INFO

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br>    Defendant(s). | Case No. 2:11-CV-00872-RAJ<br><br>**CERTIFICATE OF MAILING** |

I, _Linda L. Stephenson_, at the request of Plaintiff: DEBORAH R. BEATON, personally mailed the following by certified mail:

1. MINUTE ORDER REGARDING INITIAL DISCLOSURE, JOINT STATUS REPORT AND EARLY SETTLEMENT

To the Defendant:   **JP MORGAN CHASE BANK N.A.**
                    **Certified Mailing No.** 7011 1570 0002 2607 0371

At Attorneys for Defendant    Barbara L. Bollero & David A. Weibel
                              BISHOP WHITE MARSHALL & WEIBEL, PS
                              720 Olive Way Ste 1201
                              Seattle, WA 98101

---

CERTIFICATE OF MAILING

Page 1 of 2

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023