```
                                              FILED        ENTERED
                                              LODGED       RECEIVED

                                                    2011

                                          CLERK U.S. DISTRICT COURT
                                        WESTERN DISTRICT OF WASHINGTON
                                                              DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

DEBORAH R. BEATON

    Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., et al

    Defendant(s).

Case No. ~~2:10-cv-00872-RAJ~~ C11-872 RAJ

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

REQUEST FOR MORE TIME FOR FRCP 26 DUE TO SCHEDULING DIFFICULTY.

**11-CV-00872-PRAE**

Dated: Jul 21, 2011

Signature: /s/ Deborah R. Beaton

For: Plaintiff

PRAECIPE