The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>                      Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A.; and<br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>                    Defendants. | No.  11-CV-872-RAJ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party Defendant Northwest Trustee Services, Inc. ("NWTS"), submits the following statement:

There is no parent corporation of Defendant NWTS and no publicly held corporation owning 10% or more of its stock.

DATED this 25th day of July, 2011.

**ROUTH CRABTREE OLSEN, P.S.**

/s/  Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendant Northwest
Trustee Services, Inc.

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NWTS – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on July 25, 2011, I caused a copy of the **Corporate Disclosure Statement of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| Deborah R. Beaton<br>31431 46th Pl. SW<br>Federal Way, WA  98203<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| David A. Weibel<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA  98101-1801<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 25th day of July, 2011.

                                                /s/  Kristine Stephan
                                                Kristine Stephan, Paralegal

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NWTS – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131