Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>                    Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>                    Defendants. | NO. 11-CV-0872-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S JOINDER IN DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) and 12(b)(6)<br><br>**NOTED ON MOTION CALENDAR: AUGUST 12, 2011** |

This matter came on regularly for consideration by the Court of Defendant JPMorgan Chase Bank N.A.'s ("Chase") Joiner in the Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)((1) and 12(b)(6) filed herein by Defendant Northwest Trustee Services, Inc. ("NWTS") [Dkt. 25]. Having considered the pleadings, and being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Chase's Joinder in the Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)((1) and 12(b)(6) filed herein by Defendant Northwest Trustee Services, Inc. [Dkt. 25] is GRANTED, and that this action be, and hereby is, DISMISSED against Defendant JPMorgan Chase Bank N.A., with prejudice.

[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S JOINDER IN DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) and 12(b)(6) - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

DATED this _____ day of August, 2011.

_____
The Honorable Richard A. Jones

Presented by:

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/ Barbara L. Bollero
David A. Weibel, WSBA # 24031
Barbara L. Bollero, WSBA #28906
Attorney for Defendant, JPMorgan Chase Bank N.A.

[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S JOINDER IN DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) and 12(b)(6) - 2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 29th day of July, 2011, I caused to be delivered a copy of the foregoing [PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S JOINDER IN DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) and 12(b)(6) to the following in the manner indicated:

**Plaintiff,** *Pro Se*:
Deborah H. Beaton                [X] By United States Mail
31431 46th Pl SW                 [ ] By Legal Messenger
Federal Way WA 98023             [ ] By Federal Express
                                 [ ] By Facsimile

**Defendant NWTS:**
Heidi E. Buck                    [ ] By United States Mail
Routh Crabtree Olsen, P.S.       [ ] By Legal Messenger
13555 SE 36th St Suite 300       [ ] By Federal Express
Bellevue WA 98006                [X] By CM/ECF

Signed this 29th day of July, 2011, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S JOINDER IN DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) and 12(b)(6) - 3

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354