FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 05 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THE HONORABLE RICHARD A. JONES

11-CV-872 -M

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>   Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>   Defendants, | CASE NO. 2:11-cv-00872-RAJ<br><br>PLAINTIFF' MOTION FOR LEAVE AMENDED VERIFIED COMPLAINT FOR DAMAGES |

Plaintiff, DEBORAH R. BEATON, proceeding without counsel, hereby requests the Court allow the Plaintiff leave to file and serve her Amended Verified Complaint for Damages Pursuant to Fed. R. Civ. P. 15(a)(2) and in accordance with local rules for good cause. This case was originally filed to restrain a trustee's sale but the Court denied the Plaintiff's motion for TRO and the Defendant held the trustee's sale ignoring the fact that federal lawsuit was pending. The sale changed the dynamic of the case which necessitates that the Plaintiff to amend her complaint. This is not the fault of the Plaintiff. A copy of the Plaintiff's purposed Second Amended Verified Complaint is attached.

Respectfully submitted this 4th day of August, 2011,

Plaintiff: Deborah R. Beaton

Signature: _Deborah R. Beaton_

PLAINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 1