THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH H. BEATON,

                Plaintiff,

     v.

JPMORGAN CHASE BANK N.A.,
NORTHWEST TRUSTEE SERVICES, INC.

              Defendants.

NO. 11-872-RAJ

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 5th day of August, 2011, I electronically filed the following document: JOINT STATUS REPORT AND DISCOVERY PLAN, with the Clerk of the Court using the CM/ECF System, which will serve notice to all parties of record in this matter.

On the same date, I caused to be delivered via the United States Postal Service, a copy of the JOINT STATUS REPORT AND DISCOVERY PLAN, postage pre-paid, addressed to the following parties:

Deborah H. Beaton
31431 46th Pl SW
Federal Way WA 98023

Dated this 5th day of August, 2011, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

CERTIFICATE OF SERVICE -1

CASE NO. 11-CV-0872-RAJ

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354