HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH H. BEATON,

        Plaintiff,

v.

JPMORGAN CHASE BANK N.A., et al.,

        Defendants.

CASE NO. C11-872RAJ

ORDER

This matter comes before the court on the Defendants' motion to dismiss (Dkt. # 25) and the Plaintiff's motion for leave to amend her complaint (Dkt. # 30). No Defendant filed an opposition to Plaintiff's motion for leave to amend, and Plaintiff's motion was filed within the time allowed under Federal Rule of Civil Procedure 15(a)(1)(B).

1  Thus, Plaintiff's motion (Dkt. # 30) is GRANTED, and the Defendants' motion
2  (Dkt. # 25) is DENIED AS MOOT.  The Plaintiff may file an amended complaint no later
3  than October 7, 2011.

5  Dated this 29th day of September, 2011.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2