11-CV-00872-JSR

FILED _____ LODGED
_____ RECEIVED

OCT 11 2011

CLERK U.S. DISTRICT COURT
ERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

RECEIVED

OCT 12 2011

SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, ) | |
| Plaintiff, ) | Case No. 2:11-CV-00872-RAJ |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF MAILING** |
| JP MORGAN CHASE BANK N.A., ) | |
| NORTHWEST TRUSTEE SERVICES, INC. ) | |
| Defendant(s). ) | |

I, Linda L Stephensen _____, at the request of Plaintiff: DEBORAH R. BEATON,

personally mailed the following by certified mail:

1. PLAINTIFF'S PROPOSED PLAN FOR DISCOVERY AND DEPOSITIONS

To the Defendant:     **JP MORGAN CHASE BANK N.A.**

Certified Mailing No.__7011 1150 0001 3440 5333__

At Attorneys for Defendant     **Barbara L. Bollero & David A. Weibel**
BISHOP WHITE MARSHALL & WEIBEL, PS
720 Olive Way Ste 1201
Seattle, WA 98101

CERTIFICATE OF MAILING

**Deborah R. Beaton, Plaintiff**
**31431 SW 46th Place**
**Federal Way, WA 98023**

Page 1 of 2

1

2

3   To the Defendant:        **NORTHWEST TRUSTEE SERVICES, INC.**

                            **Certified Mailing No.** 7011 1150 0001 3440 5357

4   At Attorneys for Defendant      **Heidi E. Buck**
                                    ROUTH CRABTREE OLSEN
5                                   13555 SE 36th Street Ste 300
                                    Bellevue, WA  98006
6

7   on October 7th , 2011.

8

9                            Signature: _____

10                                  **JURAT**

11   I melissa D Wagner a Notary Public certify that I know or have satisfactory

12   evidence that Linda L Stephenson appeared before me, and

13

14   signed this instrument and acknowledged it to be free and voluntary act for the uses and

15   purposes mentioned in the instrument.

16   I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of

17   Pierce that the foregoing paragraph is true and correct.

18

19   10/7/2011

20   DATED:

21   _____
     Notary Public

22   My appointment expires: 3-16- 14

23

24

25

26

CERTIFICATE OF MAILING                          **Deborah R. Beaton, Plaintiff**
                                                    **31431 SW 46th Place**
                                                **Federal Way, WA 98023**

Page 2 of 2

