11-CV-00872-MEM

FILED ___ LODGED ___ RECEIVED
OCT 11 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

RECEIVED
OCT 12 2011
SEATTL...

DEBORAH R. BEATON,

Plaintiff,

vs.

JP MORGAN CHASE BANK N.A.,
NORTHWEST TRUSTEE SERVICES, INC.
Defendant(s).

Case No. 2:11-CV-00872-RAJ

**CERTIFICATE OF MAILING**

I, Linda L Stephenson, at the request of Plaintiff: DEBORAH R. BEATON, personally mailed the following by certified mail:

1. AMENDED VERIFIED COMPLAINT FOR DAMAGES;

2. AFFIDAVIT OF NOTE MAKER DEBORAH R. BEATON IN SUPPORT OF VERIFIED COMPLAINT; and

3. PLAINTIFF'S MEMORANDUM IN SUPPORT OF AMENDED VERIFIED COMPLAINT

To the Defendant:   **JP MORGAN CHASE BANK N.A.**
                     Certified Mailing No. 7011 1150 0001 3440 5364

At Attorneys for Defendant   **Barbara L. Bollero & David A. Weibel**

---

CERTIFICATE OF MAILING

Page 1 of 2

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023

|   |   |
|---|---|
| | BISHOP WHITE MARSHALL & WEIBEL, PS |
| | 720 Olive Way Ste 1201 |
| | Seattle, WA 98101 |

To the Defendant:     **NORTHWEST TRUSTEE SERVICES, INC.**

Certified Mailing No. 7011 1150 0001 3440 5340

At Attorneys for Defendant     **Heidi E. Buck**
ROUTH CRABTREE OLSEN
13555 SE 36th Street Ste 300
Bellevue, WA  98006

on October 7th, 2011.

Signature: _____

**JURAT**

I Melissa D Wagner a Notary Public certify that I know or have satisfactory evidence that Linda L Stephenson appeared before me, and signed this instrument and acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of Pierce that the foregoing paragraph is true and correct.

10/7/2011
DATED:

_Melissa D_____
Notary Public

My appointment expires: 3-16-14

[Notary Seal: MELISSA D. WAGNER, NOTARY PUBLIC, STATE OF WASHINGTON, 3-16-14]

CERTIFICATE OF MAILING

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023

Page 2 of 2

