# APPENDIX

## Washington Non-Judicial Foreclosure Cases Addressing Lack of Requirement for Lender to Produce Original Note

1. *Ballard v. Bank of America, N.A.,* 2011 WL 941006, *2 (W.D.Wash., March 15, 2011) ("[A]s this Court and other courts have routinely held, such a "show me the note" argument lacks merit. *See, e.g., Freeston v. Bishop, White & Marshall, P.S.,* 2010 WL 1186276 (W.D.Wash., Mar. 24, 2010) (quoting *Diessner v. Mortgage Electronic Registration Systems,* 618 F.Supp.2d 1184, 1187 (D.Ariz., 2009).").

2. *Erickson v. Countrywide Home Loans, Inc.,* 2011 WL 841346, *2 (W.D.Wash., March 7, 2011) (same).

3. *Mikhay v. Bank of America, N.A.,* 2011 WL 167064, *2 (W.D.Wash., January 12, 2011) (same).

4. *Wright v. Accredited Home Lenders,* 2011 WL 39027, *2 (W.D.Wash., January 4, 2011) (same).

5. *Pelzel v. First Saving Bank Northwest,* 2010 WL 3814285, *2 (W.D.Wash., September 27, 2010) (same).

6. *Roman v. Northwest Trustee Services, Inc.,* 2010 WL 3489962, *1 (W.D.Wash., August 31, 2010) (same).

7. *Wallis v. IndyMac Federal Bank,* 717 F.Supp.2d 1195, 1200 (W.D.Wash., June 8, 2010) (same).

8. *Freeston v. Bishop, White & Marshall, P.S.,* 2010 WL 1186276, *6 (W.D.Wash., March 24, 2010) (same).

APPENDIX TO DEFENDANT CHASE'S
FRCP 12(b)(6) MOTION TO DISMISS
PLAINTIFF'S [FIRST] AMENDED
COMPLAINT FOR DAMAGES - 1

NO. 11-CV-0872-RAJ

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354