THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>　　　　　　　　Defendants. | NO. CV 11-0872-RAJ<br><br>ORDER GRANTING DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES |

THIS MATTER came on for hearing upon Defendant Chase's FRCP 12(b)(6) Motion to Dismiss Plaintiff's [First} Amended Complaint for Damages, and the Court having reviewed the parties' pleadings ORDERS AS FOLLOWS:

(1)　Defendant Chase's Motion is GRANTED and Plaintiffs' claims against Defendant JPMorgan Chase Bank, NA are DISMISSED with prejudice.

Dated this ____ day of _____, 2012.

_____
Richard A. Jones
U. S. District Court Judge

ORDER GRANTING DEFENDANT CHASE'S
FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S
[FIRST] AMENDED COMPLAINT FOR DAMAGES -1

CASE NO. 11-CV-0872-RAJ

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354