**EXHIBIT 1**

When recorded return to:

Ms. Deborah R. Beaton
22650 24th Avenue South
Des Moines, WA 98198

```
20060906002230
TICOR NATIONAL WD      34.00
PAGE001 OF 003
09/06/2006 15:35
KING COUNTY, WA
```

Filed for Record at Request of
Des Moines Escrow, Inc.
Escrow Number: 6161

```
E2235058
09/06/2006 15:33
KING COUNTY, WA
TAX         $6,058.11
SALE      $339,950.00    PAGE001 OF 001
```

TICOR
6376029-1

## Statutory Warranty Deed

③

THE GRANTOR Susan Smit, as her separate estate for and in consideration of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION in hand paid, conveys and warrants to Deborah R. Beaton, an unmarried individual the following described real estate, situated in the County of King, State of Washington

Abbreviated Legal:
Abbreviated Legal for purposes of King County Recorders Office is: Ptn NW 1/4 of NE 1/4,, Sec. 16, Twn 22N, Rg 4E

Tax Parcel Number(s): 162204-9155-06

PER LEGAL DESCRIPTION ATTACHED HERETO AND BY THIS REFERENCE INCORPORATED HEREIN.

Dated August 29, 2006

_Susan Smit_ (signature)
Susan Smit

STATE OF Washington        )
COUNTY OF KING             ) SS:

I certify that I know or have satisfactory evidence that Susan Smit

Is/are the person(s) who appeared before me, and said person(s) acknowledged that he/(she)/they signed this instrument and acknowledge it to be his/(her)/their free and voluntary act for the uses and purposes mentioned in this instrument.

Dated: 9/5/06

_(signature)_
JAMIE LOMMEN
Notary Public in and for the State of Washington.
Residing at MAPLE VALLEY
My appointment expires: 11/16/2006

[Notary Seal: JAMIE LOMMEN, COMMISSION EXPIRES 11-16-06, NOTARY PUBLIC, STATE OF WASHINGTON]

LPB 10-05(i-I)
Page 1 of 1

The west 182 feet of the east 342 feet of the following described Tract:

The south half of the southwest quarter of the northwest quarter of the northeast quarter of Section 16, Township 22 north, Range 4 east, W.M., records of King County, Washington;
EXCEPT the south 140 feet thereof;
EXCEPT the north 75 feet thereof;

TOGETHER WITH the north 20 feet of the south 160 feet of the south half of the southwest quarter of the northwest quarter of the northeast quarter of Section 16, Township 22 north, Range 4 east, W.M.,
EXCEPT the east 342 feet thereof;
AND EXCEPT that portion west of the east margin of 24th Place South.



1. AVIGATION EASEMENT AND THE TERMS AND CONDITIONS THEREOF:

   IN FAVOR OF:              Port of Seattle, a Washington State municipal corporation
   FOR:                      Free and unobstructed use and passage of all types of aircraft
   DISCLOSED BY
   INSTRUMENT RECORDED:      November 14, 1994
   RECORDING NUMBER:         9411140599
   AFFECTS:                  Airspace over or in the vicinity of the premises

