**EXHIBIT 6**

**Electronically Recorded**
**20101201001577**
NORTHWEST TITLE        AST           14.00
Page 001 of 001
12/01/2010 04:15
King County, WA

After Recording Return to:
Vonnie McElligott
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

## Appointment of Successor Trustee

File No. 7763.28416

Deborah R. Beaton, an unmarried individual is/are the grantor(s), Ticor Title Company is the trustee and Washington Mutual Bank, F.A. is the beneficiary under that certain deed of trust dated 08/28/06 and recorded on 09/06/06 under King County, Washington Auditor's File No. 20060906002231.

The present beneficiary under said deed of trust appoints Northwest Trustee Services, Inc., a Washington corporation, whose address is P.O. Box 997, Bellevue, WA 98009-0997, as successor trustee under the deed of trust with all powers of the original trustee.

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA

By _____Ediba Trivuncic_____

Ediba Trivuncic    Foreclosure Officer

STATE OF ___Florida___ )
                      )ss.
COUNTY OF ___Duval___ )

I certify that I know or have satisfactory evidence that ___Ediba Trivuncic___ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the ___Foreclosure Officer___ of ___JP Morgan Chase Bank National Association___ to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 11/29/2010

_____Deborah A. McNulty_____
Notary Public in and for the State of ___Florida___
Residing at ___Jacksonville___
My appointment expires _____

NORTHWEST TRUSTEE SERVICES, INC.
P.O. BOX 997
BELLEVUE, WA 98009-0997
425-586-1900    FAX 425-586-1997

Client:  JPMorgan Chase Bank, National Association
Borrower: Beaton, Deborah R.



DEBORAH A. MCNULTY
Notary Public - State of Florida
My Comm. Expires Jan 30, 2011
Commission # DD 851452
Bonded Through National Notary Assn.