# EXHIBIT 8

20110301001395.001

**Return Address:**
Equitas Solutions, Inc.
P. O. Box 99700
Lakewood, Wa 98496



**20110301001395**
BEATON                          UCC          81.00
PAGE-001 OF 020
03/01/2011 14:55
KING COUNTY, WA

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)

1. UCC                                          2. _____

3. _____              4. _____

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page _____ of document

**Grantor(s)** Exactly as name(s) appear on document

1. WASHINGTON MUTUAL BANK, F.A. _____

2. NORTHWEST TRUSTEE SERVICES, INC. _____

Additional names on page _____ of document.

**Grantee(s)** Exactly as name(s) appear on document

1. Deborah R. Beaton _____

2. EQUITAS SOLUTIONS, INC. _____

Additional names on page _____ of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)
W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT

OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT

Additional legal is on page _____ of document.

**Assessor's Property Tax Parcel/Account Number**          ☐ Assessor Tax # not yet
assigned
162204-9155

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."

_____ Signature of Requesting Party

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

EQUITAS SOLUTIONS INC.
EQUITAS SOLUTIONS INC.
PO BOX 99700
LAKEWOOD WA USA 98496

| Date of Filing : 02/08/2011 |
| Time of Filing : 11:45:00 AM |
| File Number : 2011-039-1943-9 |
| Lapse Date : 02/08/2016 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK, F.A. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2210 ENTERPRISE DR. | FLORENCE | SC | 29501 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR: MORTGAGE | 1f. JURISDICTION OF ORGANIZATION: UNITED STATES | 1g. ORGANIZATIONAL ID #, if any: NONE | ☐ NONE |

1e. TYPE OF ORGANIZATION: MORTGAGE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NORTHWEST TRUSTEE SERVICES, INC. | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 997 | BELLEVUE | WA | 98009-0997 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR: TRUSTEE | 2f. JURISDICTION OF ORGANIZATION: UNITED STATES | 2g. ORGANIZATIONAL ID #, if any: NONE | ☐ NONE |

2e. TYPE OF ORGANIZATION: TRUSTEE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| Deborah R. Beaton | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 31431 46th Pl Sw | Federal Way | WA | 98023 | USA |

4. This FINANCING STATEMENT covers the following collateral:

First a Common Law Claim of Sweat Equity for the Amount of $2,033,236.08 with an effective date retroactive to the date of Real Estate acquisition 08/28/2006. This Claim of Sweat Equity made a part of and attached as an exhibit.

Second a Common Law Lien in the nature of a Mechanics Lien for Services in the amount of $25,000.00 for the performance of a Private Commercial Contract in the favor of EQUITAS SOLUTIONS, INC. This is a suit or action at Common Law and the value in controversy exceeds twenty (20) dollars. The controversy is not confined to the question of Title to Property or in

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Parties are sovereign and operating in Common Law and without the United States also in Common Law

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

PAGE 1 OF 19

2011-039-1943-9

2011030100139S.003

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR WASHINGTON MUTUAL BANK, F.A.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**10.MISCELLANEOUS:**
This Common Law Lien cannot be discharged only by Claimant, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law. It cannot be
discharged for One Hundred (100) years, and cannot be extinguished due to the death of Claimant, or by Claimant's heirs, assigns, or executors. This Common Law Lien is for repairs/maintenance and improvements related to said Claimant, and performance of duty as related to all other assets due and payable in lawful money of the units

Date of Filing : 02/08/2011
Time of Filing : 11:45:00 AM
File Number  : 2011-039-1943-9
Lapse Date  : 02/08/2016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR EQUITAS SOLUTIONS, INC.

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 99700 | LAKEWOOD | WA | 98496 | USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

2011-039-1943-9

20110301001395.004

Continuation of section 4 collateral

**4. This FINANCING STATEMENT covers the following collateral:**

relation to other property, but to Claimant's Common Law Claim for the acquisition, finance, repair, maintenance and improvements to the herein described property, and obligations of duties, wherein the Claimant demands that said controversy be determined by a Common Law Jury in a Court of Common Law and according to the Rules of Common Law. Common Law Liens supersede ALL Liens, including, but not Limited to, Mortgage Liens,Statutory Liens, and Lis Pendens Liens. W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT. PARCEL # 162204-9155 AKA 22650 24th Ave S Des Moines, WA 98198 Promissory note on account number #3010931255-048, in the amount of $271,960.00, dated 08/28/2006 and all funds generated there from.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Linda Stephenson 253-227-9029

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

EQUITAS SOLUTIONS INC.
PO BOX 99700
LAKEWOOD, WA 98496

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WASHINGTON MUTUAL BANK, F.A. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2210 ENTERPRISE DR. | FLORENCE | SC | 29501 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION MORTGAGE | 1f. JURISDICTION OF ORGANIZATION UNITED STATES | 1g. ORGANIZATIONAL ID #, if any NONE | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NORTHWEST TRUSTEE SERVICES, INC. | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 997 | BELLEVUE | WA | 98009-0997 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION TRUSTEE | 2f. JURISDICTION OF ORGANIZATION UNITED STATES | 2g. ORGANIZATIONAL ID #, if any NONE | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Deborah R. Beaton | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 31431 46th Pl Sw | Federal Way | Wa | 98023 | usa |

4. This FINANCING STATEMENT covers the following collateral:

First a Common Law Claim of Sweat Equity for the Amount of $2,033,236.08 with an effective date retroactive to the date of Real Estate acquisition 08/28/2006. This Claim of Sweat Equity made a part of and attached as an exhibit.
Second a Common Law Lien in the nature of a Mechanics Lien for Services in the amount of $25,000.00 for the performance of a Private Commercial Contract in the favor of EQUITAS SOLUTIONS, INC. This is a suit or action at Common Law and the value in controversy exceeds twenty (20) dollars. The controversy is not confined to the question of Title to Property or in relation to other property, but to Claimant's Common Law Claim for the acquisition, finance, repair, maintenance and improvements to the herein described property, and obligations of duties, wherein the Claimant demands that said controversy be determined by a Common Law Jury in a Court of Common Law and according to the Rules of Common Law. Common Law Liens supersede ALL Liens, including, but not Limited to, Mortgage Liens,Statutory Liens, and Lis Pendens Liens. W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT. PARCEL # 162204-9155 AKA 22650 24th Ave S Des Moines, WA 98198 Promissory note on account number #3010931255-048, in the amount of $271,960.00, dated 08/28/2006 and all funds generated there from.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Parties are sovereign and operating in Common Law and without the United States also in Common Law

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| WASHINGTON MUTUAL BANK, F.A. | | |

| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**12. ☑ ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S   NAME** - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EQUITAS SOLUTIONS, INC. | | | |

| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 99700 | LAKEWOOD | WA | 98496 | USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT.

PARCEL #: 162204-9155

Commonly known as:
22650 24th Ave S
Des Moines, WA 98198

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Deborah R. Beaton
31431 46th Pl Sw
Federal Way, WA 98023

**16.** Additional collateral description.

This Common Law Lien cannot be discharged only by Claimant, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law. It cannot be discharged for One Hundred (100) years, and cannot be extinguished due to the death of Claimant, or by Claimant's heirs, assigns, or executors. This Common Law Lien is for repairs/maintenance and improvements related to said Claimant, and performance of duty as related to all other assets due and payable in lawful money of the united States, a DOLLAR being described in the 1792 US Coinage Acts as 371.25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to Claimant.

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

20110301001395.007

**Deborah R. Beaton**
31431 46th Pl Sw
Federal Way, WA 98023
    **Secured Party, Claimant**

**NORTHWEST TRUSTEE SERVICES, INC.**
**P.O. BOX 997**
**BELLEVUE, WA. 98009-0997**
**WASHINGTON MUTUAL BANK, F.A.**
**2210 ENTERPRISE DR.**
**FLORENCE, SC. 29501**
    **Debtor (s)**

# CLAIM OF SWEAT EQUITY LIEN
## [Mechanics Lien]

Name of Claimant:
**Deborah R. Beaton ·**

Property address where investment of sweat equity was made:
31431 46th Pl Sw
Federal Way, WA 98023

Assessor's Parcel Number:
**162204-9155**

Legal Description:·
W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT
OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT
LESS N 75 FT

This claim covers the Total Owners Equity together with interest thereon at the rate of 10%
annually from 08/28/2006 is due claimant after deducting all just credits and offsets for the
following investment and sweat equity was furnished by claimant:

| | |
|---|---|
| First Mortgage in the amount of: | $271,960.00 |
| Second Mortgage in the amount of: | $0.00 |
| Finance Charge Principal & interests | $360,509.22 |
| Principal & Interest made to date. | $45,276.14 |
| Sub Total | $677,745.36 |
| Damages (total paid x 3) | $2,033,236.08 |

Claimant furnished the Promissory note and payments at the instruction/demand of:

**WASHINGTON MUTUAL BANK, F.A.**

The undersigned being the claimant of the foregoing Sweat equity Claim of Mechanics' Lien.
Having read said Claim of Lien and knowing the contents thereof. I declare under penalty of
perjury that the foregoing is true and correct. Name of Owner of the Funds provided: Deborah R.
Beaton.

**Deborah R. Beaton**

# VERIFICATION

Executed on  2-6-2011

STATE OF  Washington

COUNTY OF  King

I _Lorelei B Faber_   a Notary Public certify that I know or have satisfactory evidence
that Deborah R. Beaton appeared before me, and signed this instrument and acknowledged it to be free
and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the
foregoing paragraph is true and correct.

2-6-2011

DATED:

Notary Public

My appointment expires    9-9-2014

SEAL

20110301001395.009

**2011-039-1943-9, Attachment 5 of 16**

When recorded return to
**Deborah R. Beaton**
**31431 46th Pl Sw**
**Federal Way, WA 98023**

# Notice of Common Law Lien

Deborah R. Beaton
EQUITAS SOLUTIONS, INC.
   Secured Parties / Claimants
vs

WASHINGTON MUTUAL BANK, F.A. and/or assigns, successors, servicers,
Trustees and the true Holder-in-Due-Course.
  "alleged lender" / debtors

Notice is hereby given that the listed below claim a Common Law Lien is pursuant to local state
statutes and the Common Law of England reflected therein. In support of this Common Law Lien
the following is submitted:

  1.Names: Deborah R. Beaton
   Address: 31431 46th Pl Sw Federal Way, WA 98023

   Name: EQUITAS SOLUTIONS, INC.
   Address: PO BOX 99700 LAKEWOOD, WA 98496

  2.Date: Retroactive to Date of Real Estate Purchase 08/28/2006
   Date (EQUITAS SOLUTIONS, INC.) Effective signing of Private Agreement 2-5-2011.

  3.Debtor: WASHINGTON MUTUAL BANK, F.A. and/or assigns, successors, servicers,
   trustees and the true Holder-in-Due-Course. This Common Law Lien arises from the FRAUD
   of the "alleged lender" non-disclosure and criminal acts relating to the separation and leverage
   of Secured Parties promissory note.

  4.Property: W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT
   & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S
   LESS E 342 FT LESS N 75 FT

  5.Owner(s):Deborah R. Beaton

2011030100139S.010

6. Promissory note on account number #■■■■■■5-048, in the amount of $271,960.00, dated 08/28/2006 and all funds generated there from.

7. Any and All Title Insurance Policies on account # ■■■■■■5-048 on parcel number 162204-9155.

8. The above (#5) listed owners have at all time continued to invest their Sweat in the payment, repair, and maintenance of the property stated above (#4).

9. Claim Amount: Common Law Claim of Sweat Equity for: $2,058,236.08 to include the Private contract with EQUITAS SOLUTIONS, INC. which is not included here.

## Notice of Common Law Lien
## Signatures

Deborah R. Beaton

## VERIFICATION

Executed on  2-6-2011

STATE OF  Washington

COUNTY OF  King

I  Lorelei B. Faber  a Notary Public certify that I know or have satisfactory evidence that Deborah R. Beaton appeared before me, and signed this instrument and acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

2-6-2011
DATED:

Notary Public

SEAL

My appointment expires  9-9-2014

Additional documents made apart and attached hereto:

CLAIM OF SWEAT EQUITY,  PRIVATE PROPERTY CLAIMS &COMMON LAW MEMORANDUM

20110301001395.011

# PRIVATE PROPERTY CLAIMS

This claim shall operate in the nature of a "security" for the finance, repair, maintenance, improvements of the herein described property, performance of obligations related to property of all kinds.  This claim is made pursuant to decisions of the United States Supreme Court.

This Common Law Lien cannot be discharged only by Claimant, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law.  It cannot be discharged for One Hundred (100) years, and cannot be extinguished due to the death of Claimant, or by Claimant's heirs, assigns, or executors.  This Common Law Lien is for repairs/maintenance and improvements related to said Claimant, and performance of duty as related to all other assets due and payable in lawful money of the united States, a DOLLAR being described in the 1792 US Coinage Acts as 371.25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to Claimant.

The failure, refusal, or neglect of Respondent(s) to demand, by all prudent means, that the Sheriff of this County convene a Common Law Jury to hear this action within thirty (30) days from the date of filing of this Instrument will be deemed as prima facia evidence of an admission of "waiver" to all rights on the property described herein.

**Common Law Lien definition:**  One known to or granted by the common law, as distinguished from statutory, equitable, and maritime liens; also one arising by implication of law, as distinguished from one created by the agreement of the parties.  It is a right extended to a person to retain that which is in his possession belonging to another, until the demand or charge of the person in possession is paid or satisfied.

11 USCS ( 1 ) 101, Paragraph ( 28 ) defines "lien".  The definition is new and is very broad. A lien is defined as a charge against or interest in property to secure payment of debt or performance of an obligation.  It includes inchoate lien.  In general, the concept of lien is divided into three (3) kinds of liens: judicial liens, security interests, and statutory liens.  These three (3) categories are mutually exclusive and are exhaustive except for certain Common Law Liens.

This Common Law Lien supersedes Mortgage Liens, Lis Pendens Liens, and Liens of any other kind.

This is a suit or action at Common Law and the value in controversy exceeds twenty (20) dollars.  The controversy is not confined to the question of Title to Property or in relation to other property, but to Claimant's Common Law Claim for the repair/maintenance and improvements to the herein described property, and obligations of duties, wherein the Claimant demands that said controversy be determined by a Common Law Jury in a Court of Common Law and according to the Rules of Common Law.

**A UCC-1 Financial Statement and UCCAD Addendum relating to these obligations and the Real and Private Property filed with Office of The Secretary of State UCC Division.**

20110301001395.012

# MEMORANDUM OF LAW

This Claim through Common Law is an action at Substantive Common Law, not in Equity, and is for the financing, repair, maintenance, improvement or performance of an obligation of the herein described property and in relation to other properties as of Substantive Common Law, is distinguished from mere, "common law procedure".  Lawyers and judges are misinformed to think, plead, rule or order that the substantive common law rights and immunities have been abolished in any of the American states.  Only "Common Law procedure" created by the chancel or/chancery has been abolished.  That is to say, the "forms" of common law and equity were abolished, (Kimball v. McIntyre, 3 U 77, 1 P 167), or that the distinctions between the forms of common law and equity were abolished by Rule 2 of Civil Procedure (Donis v. Utah R.R., 3 U 218, 223 P 521).

However, the abolition of mere form, does NOT affect nor diminish our SUBSTANTIVE Common Law and Constitutional Rights and immunities (USC 78-2-4,S.2) for substantive law, e.g. our UNALIENABLE Rights Immunities, and has not changed with the state's adoption of Rule 2, combining the courts form, remedial, ancillary adjective procedures, (see Bonding v. Nonatny, 200 Iowa, 227,202 N.W.588) for matters of substance are in the main the same as at substantive Common Law, (Calif. Land v. Halloran, 82U 267,17 P2d 209) and old terms (words and phrases describing law and substantive procedures) used in Common Law can NOT be ignored (O'Neill v. San Pedro RR, 38 U 475, 479, 114 P 127), the modifications resulting being severely limited in operation, effect, and extent (Maxfield v. West 6 U 379,- 24 P 98) for a total abolishment of even the purely equity or purely Common Law forms has NOT been realized, and must ever be kept in mind (Donis v. Utah RR, supra.) Thus a right to establish a "Common Law Lien" is not, and was NOT dependent upon a statute or chancery rule for its creation as a remedy, and where the right to establish a "Common Law Lien" is a part of SUBSTANTIVE Common Law our right is antecedent to creation of the "state" or its chancery/procedure which right runs to time immemorial (Western Union v. Call, 21 SCt 561,181 US 765)

I must be sustained in our acts, mere chancery, and equity having no jurisdiction so to counter:

For "although lawyers and judges have (in their ignorance) buried the Common Law, the Common Law rules us from the grave."

(Koffer, Common Law Pleading, Intro.Ch.I, West 1969)

The general rule of the Common Law is expressly adopted by all states and is in force and is the Law of the Land and by its operation can impose a Common Law Lien on property in the absence of any specific agreement (see the law express and implied in the class of cases represented by Drumond v. Mills,(1898) 74 N.W.966; Hewitt v. Williams, 47 LaAnn 742, 17 So.269 (1894); Carr v. Dail, 19 S.E.235; McMahon v. Lundin, 58 N.W.827)

The Magna Carta governs as well, retaining and preserving all rights antecedent thereto, which was restated in the (1) Massachusetts Bay Charter. (2) Massachusetts Constitution, and (3) the Federal Constitution, (modeled after the Massachusetts Constitution) after which the Texas and Arizona Constitution is modeled, all construed in pari materia, the State Constitution being a

20110301001395.013

LIMITATION on the state's power (Fox v. Kroeger, 11 9 Tex 511, 35 SW2d 670,77 ALR 663.), the Constitution acting prospectively declaring rights and procedures for the future but NOT diminishing rights extant prior to establishment of the state (Grigsby v. Reib, 105 Tex 597, 153 SW 1124; Southern Pacific Co. v. Porter, 160 Tex 329,331 SW2d 42), and no new powers contrary to our Common Law Rights/Immunities were "granted" to the state.

Common Law Liens at Law supersede mortgages and equity Liens (Drumons Carriage Co. v Mills (1898) 74 NW 966; Hewitt v. Williams 47 LaAnn, 742, 17 So.269; Carr v. Dail,19SE235; McMahon v. Lundin, "58NW 827) and may be satisfied only when a Court of Common Law is convened pursuant to an order of the elected sheriff. Such Common Law Court forbids the presence of any judge or lawyer from participating or presiding, or the practice of any Equity Law.

The ruling of the U.S. Supreme Court in Rich v. Braxton, 158 US 375, specifically forbids judges from invoking equity jurisdiction to remove Common Law Liens or similar "clouds of title". Further, even if a preponderance of evidence displays the lien to be void or void-able, the Equity Court still may not proceed until the moving party has proven that he asks for, and has come "to equity" with "clean hands". (Trice v. Comstock, 570C. A646; West v. Washburn, 138NY Supp.230).

Any official who attempts to modify or remove this Common Law Lien is fully liable for damages. (U.S. Supreme Court; Butz v. Econcmou, 98 S.Ct.2894; Bell v. Hood, 327 US 678; Belknap v. Schild, 161 US 10; US v. Lee; Bivens v. 6 Unknown Agents, 400 US 862)

Demand is hereby and herewith made upon all public officials under penalty of Title 42, united States Code, and Section 1986, not to modify or remove this Lien in any manner. (This Lien is not dischargeable for 100 years and cannot be extinguished due to Claimant's death or by Claimant's heirs, assigns, or executors.) Any Order, Adjudgment, or Decree issuing from a Court of Equity operating against to interfere or remove this At-Law legal lien claim would constitute direct abrogation or deprivation of Claimant's local State and United States Constitutionally guaranteed Rights.

This notice is given inter alia to preclude a jury trial on the certain claim, and to provide for Summary Judgment on the said certain Claim should Claimant admit "waiver" and refuse to call said court.

THIS SAID CLAIM DUE AT LAW IS: For the performance of a Private agreement number for stated purpose outlined therein. Said agreement is solely between the people having given their mark to that agreement and not subject to scrutiny from ANY person or juristic entity of the Public for ANY reason. That agreement for the repair, maintenance, improvement of the herein described property, and performance obligation. The symbol "$" means "dollar" as defined by the unrepealed (1792) U.S. Coinage Act, which is 371.25 grains of fine silver for each "dollar", (or) the equivalent in currency acceptable to claimant) and is that "Thing" mandated upon all of the states by Article 1:10:1, united States Constitution.

This demand and reservation of all state and Federal Common Law Rights at all times and in all places along with those rights guaranteed in the Magna Carta, Declaration of Independence, United States Constitution, and the local State Constitution.

20110301001395.014

# Local State Code / Regulations
# Washington

**RCW 4.04.010**
Extent to which common law prevails.

The common law, so far as it is not inconsistent with the Constitution and laws of the United States, or of the state of Washington nor incompatible with the institutions and condition of society in this state, shall be the rule of decision in all the courts of this state.

[1891 c 17 § 1; Code 1881 § 1; 1877 p 3 § 1; 1862 p 83 § 1; RRS § 143. Formerly RCW 1.12.030.]

**RCW 60.04.061**
Priority of lien.

The claim of lien created by this chapter upon any lot or parcel of land shall be prior to any lien, mortgage, deed of trust, or other encumbrance which attached to the land after or was unrecorded at the time of commencement of labor or professional services or first delivery of materials or equipment by the lien claimant.

**RCW 60.04.051**
Property subject to lien.

The lot, tract, or parcel of land which is improved is subject to a lien to the extent of the interest of the owner at whose instance, directly or through a common law or construction agent the labor, professional services, equipment, or materials were furnished, as the court deems appropriate for satisfaction of the lien. If, for any reason, the title or interest in the land upon which the improvement is situated cannot be subjected to the lien, the court in order to satisfy the lien may order the sale and removal of the improvement from the land which is subject to the lien.

20110301001395.015

# Revocation of Power of Attorney

In all matters of:
**Deborah R. Beaton**
31431 46th Pl Sw
Federal Way, WA 98023

## Notice And Declaration of Retroactive
## <u>Revocation of Power of Attorney</u>

### Notice and Declaration of Fraud
### Notice to Cease and Desist

This Notice and Declaration to Amend and Supersede all Existing Records
Maintained with regard to The Grantor Beneficiary as Trustor/Settlor

**In and for the public record,**
**KNOW ALL MEN BY THESE PRESENTS;**

That I, Deborah R. Beaton hereinafter known as 'Authorized Representatives", do hereby declare
and revoke and rescind any and ALL signatures and endorsements in fact or otherwise, adhesion
and or unconscionable contracts signed by us, our agent(s), parents, parens patriae, implied in law,
or by trust, voluntary or involuntary, with or without Authorized Representatives's informed
consent and knowledge, by, for, and with, these sole and aggregate corporations, companies,
agencies and agents, representatives and employees, and all their associations, instrumentality, and
assigns and every derivation of same thereof, and by which the undersigned Authorized
Representatives's constituted attorney for the purpose set forth in said power of attorney through
all contracts with the fictions, corporations and derivations and revoke ALL power of attorneys,
implied jurisdiction or other control that any corporations, financial institutions, United States
presumes was granted by way of contract and I are revoking our signatures thereon,

**I HEREBY DECLARE ON AND FOR THE RECORD THAT I ARE NOT RESIDENTS
OF ANY FEDERAL JUDICIAL DISTRICT, OR CENTRAL DISTRICT OF THE
UNITED STATES, STATE OF WASHINGTON, ANY OTHER STATE CREATED
ENTITY.**

**I DECLINE ANY AND ALL OFFERS TO CONTRACT AND RESERVE ALL RIGHTS.**

**I HEREBY RECIND, WAIVE AND REJECT ALL BIDS AND DO NOT CONCEDE TO
ANY PRESUMPTIONS.**

**I DO NOT CONSENT TO ANY AUTHORITY OR PROCEEDINGS THAT MAY BE
ADVERSE TO OUR BENEFIT AND INTEREST AND DEMAND THE
RATIFICATION OF COMMENCEMENT ON ALL ISSUES.**

| WASHINGTON MUTUAL BANK, F.A. | NORTHWEST TRUSTEE SERVICES, INC. |
|---|---|
| 2210 ENTERPRISE DR. | P.O. BOX 997 |
| FLORENCE SC 29501 | BELLEVUE WA 98009-0997 |

The Grantors/Beneficiaries as Trustors/Settlors **do hereby notice and declare:**

1. This Revocation Of Power Of Attorney does include, and not excluding any issues or contracts not mentioned herein and encompass all and any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Authorized Representatives and for any cause, contract or matter and from anyone other than Authorized Representatives and signed by any man or woman or agent or signed for any man or woman or agent other than Authorized Representatives where said **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY** is made public and into this matter and for all matters and cause related to Authorized Representatives is/are noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this **NOTICE AND DECLARATION OF FRAUD** and wholly revoked, extinguished, cancelled, made null and void and as declared and signed on date by Authorized Representatives, in the sight and service of Authorized Representatives's Creator in Heaven above;

2. Where all subsequent attempts to contract Authorized Representatives without consideration of Authorized Representatives's right to refuse to contract, is without full disclosure signed stated and sworn by affidavit under penalty of perjury nor just compensation and where any copy of alleged "WARRANT" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Authorized Representatives is evidence of fraud. All said copy assumes facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any power of attorney with Authorized Representatives and for the profit of anyone other than Authorized Representatives and without compensation to Authorized Representatives, nor full disclosure of said profit;

3. That these said and named sole and aggregate corporations, agents and agencies and subsidiaries and employees and all derivatives of said names, thereof, are noticed specifically of this **NOTICE AND DECLARATION OF FRAUD** and by actions and by public notice of fraudulent obligation;

4. That any attempts by any man or woman or agents thereof, to transmit fraudulent documents to Authorized Representatives via U.S. Mail, or by any other means, will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq. ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act. Sec 18 U.S.C. 1961(1)(B).

IT IS FURTHER DECLARED that private power of attorney agreement(s) granted to attorney-in-fact(s), and from Authorized Representatives, is notice publicly that dishonor of this **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY** and by force, duress, or any other fraudulent act in the coercion to contract Authorized Representatives to any foreign jurisdiction and agents thereof, and without warrant or other negotiable instrument

20110301001395.017

issued by any corporate representative acting in judgment of Authorized Representatives and without Authorized Representatives's consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Authorized Representatives by color of law resulting in the loss of freedom and the substance of Authorization Representative(s), is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to harm Authorized Representatives.

WHEREFORE, this **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY** and **NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST** declares Authorized Representatives's right to refuse to contract and declares Authorized Representatives's refusal of contract for, in and of, this cause and by this

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE** and **DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST** and with all reservation of rights.

THEREFORE, Authorized Representatives declare this **NOTICE TO CEASE AND DESIST** by reservation of all rights and by Authorized Representatives signatures of this declaration and by **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY** made public in said cause and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conducive to any comfort of living of Authorized Representatives or Authorized Representatives's heir and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Authorized Representatives's signature and without Authorized Representative's benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of any and or all corporations acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Authorized Representatives in any contract, cause or matter by the voiding of consent of Authorized Representatives forevermore.

20110301001395.018

# Revocation of Power of Attorney

*Deborah R. Beaton   Signing in his/her private commercial capacity, free on the land without the United States.*

**Deborah R. Beaton**
Grantor Beneficiary as Trustor/Settler
DEBORAH R. BEATON

# VERIFICATION

Executed on   2 - 6 - 2011

STATE OF   Washington

COUNTY OF   King

I  Lorelei B Faber   a Notary Public certify that I know or have satisfactory evidence that Deborah R. Beaton appeared before me, and signed this instrument and acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

2 - 6 - 2011
DATED:

Notary Public

My appointment expires   9 - 9 - 2014

SEAL

20110301001395.019

**2011-039-1943-9, Attachment 15 of 16**

When recorded return to:
Deborah R. Beaton
31431 46th Pl Sw
Federal Way, WA 98023

# MODIFICATION OF DEED OF TRUST RIDER

This agreement, made this _2 - 6 -_, 2010 by and between Deborah R. Beaton, hereinafter called Trustor and WASHINGTON MUTUAL BANK, F.A., hereinafter called Beneficiary WITNESSETH: THAT WHEREAS, on the 08/28/2006 Trustor did make, execute and deliver to TICOR TITLE COMPANY as Trustee, that certain deed of trust recorded 08/28/2006 as instrument No. 20060906002231, in the Official Records, in the Office of the Recorder of King County, State of Washington, securing a promissory note for $271,960.00, in favor of Beneficiary and covering the following described property:

W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT

additional detail attach hereto as Exhibit A as needed.

AND WHEREAS, said deed of trust, erroneously set forth the amount of indebtedness secured thereby as being $271,960.00 AND WHEREAS, the parties hereto desire to modify said deed of trust to correctly reflect the amount of indebtedness secured thereby to be zero dollars ($0.00)

NOW THEREFOR, for value received, the parties hereto desire to modify said deed of trust to provide that:

The Deed of Trust is to be modified to eliminate any further payments, to reflect a status of "paid as agreed" for the purpose of reporting to credit bureaus, negative reports to the credit bureaus are forbidden, "lender" owes a refund of all monies erroneously paid to date a full reconveyance is to be issued by trustee and if no full reconveyance is delivered within sixty days of the closing trustor reserves the right to revoke power of attorney and substitute a new trustee to record the full reconveyance, and an administrative fee of ten thousand dollars lawful specie gold or silver coin is due and payable immediately for each and every separate breech on "lender's" part.

20110301001395.020

**2011-039-1943-9, Attachment 16 of 16**

# MODIFICATION OF DEED OF TRUST RIDER
## Signatures

Deborah R. Beaton

## VERIFICATION

Executed on | 2-6-2011

STATE OF Washington

COUNTY OF King

I Lorelei B Faber a Notary Public certify that I know or have satisfactory evidence that Deborah R. Beaton appeared before me, and signed this instrument and acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

2-6-2011
DATED:

Notary Public

My appointment expires    9-9-2014

SEAL