**EXHIBIT 9**

**Return Address:**
Deborah R. Beaton
31431 46TH Pl SW
Federal Way, WA 98023



20110419000819
BEATON            AFF        65.00
PAGE-001 OF 004
04/19/2011 15:23
KING COUNTY, WA

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document must be filled in)
1. Affidavit of Interest/Non-Abandonment      2. _____
3. _____                                      4. _____

**Reference Number(s) of Documents assigned or released:**
Additional reference #'s on page ____ of document

**Grantor(s)** Exactly as name(s) appear on document
1. DEBORAH R. BEATON
2. _____
Additional names on page ____ of document.

**Grantee(s)** Exactly as name(s) appear on document
1. JPMORGAN CHASE BANK, N.A.         WASHINGTON MUTUAL BANK, F.A.
2. NORTHWEST TRUSTEE SERVICES, INC.
Additional names on page ____ of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)
W 162 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S
1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT
Additional legal is on page ____ of document.

**Assessor's Property Tax Parcel/Account Number**     ☐ Assessor Tax # not yet assigned
162204-9155

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."

Signature of Requesting Party

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

After recording return to:
Deborah R. Beaton
31431 46th Pl Sw
Federal Way, WA 98023

---

DOCUMENT TITLE:     AFFIDAVIT OF INTEREST / NON-ABANDONMENT
GRANTOR:            DEBORAH R. BEATON
GRANTEE:            WASHINGTON MUTUAL BANK, F.A., and Its Assign(s)
RELATED DOCUMENT:   20060906002231
APN:                162204-9155
ABRIEV. LEGAL:      W 182 FT OF E 342 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LESS S 140 FT & N 20 FT OF S 160 FT OF S 1/2 OF SW 1/4 OF NW 1/4 OF NE 1/4 LY E OF 24TH PL S LESS E 342 FT LESS N 75 FT
COMMON ADDRESS:     22650 24th Ave S, Des Moines, WA 98198

**Before me the undersigned Notary**, personally appeared **Deborah R. Beaton**, who being by me duly sworn, deposes and says that my name is **Deborah R. Beaton**, I am of sound mind, lawful age and capable of making this Affidavit of interest/non-abandonment and the statements set forth in this Affidavit are true, correct and complete and completely based upon my own firsthand knowledge, point for point, as follows:

1. Affiant/BEATON denies that Affiant/BEATON gave, gifted and/or abandoned a Note secured by the Deed of Trust recorded in Cowlitz County, Washington under Auditor's File Number 20060906002231 or any value derived there from said securities to WASHINGTON MUTUAL BANK, F.A.; and that,

2. Affiant/BEATON said Note and Deed of Trust (20060906002231) was sold to on or before **FEDERAL HOME LOAN MORTGAGE CORPORATION**, also known as, **FREDDIE MAC**; and,

3. Said **FREDDIE MAC** is a Real Estate Mortgage Investment Conduit (REMIC) Special Purpose Vehicle (SPV) designed to permanently and irrevocable convert mortgage loans into stock certificates and distribute the beneficial interest to the shareholder pursuant Federal Accounting Standards 140 (FAS 140) and Internal Revenue Code 863 (I.R.C. 860); and,

4. Said **FREDDIE MAC** purchased said Note and Deed of Trust (20060906002231) through **WASHINGTON MUTUAL BANK, F.A.**, and/or Its Assign(s), who then merely forwarded the purchase monies to Affiant/BEATON and falsely represented the funds as a "loan";

5. **WASHINGTON MUTUAL BANK, F.A.** did not make a loan to the Affiant/BEATON, which is a breach of contract/loan agreement;

6. Said **FREDDIE MAC** did not make a loan to the Affiant/ BEATON but rather merely tendered purchase monies for bundles of secured Notes;

7. Said **FREDDIE MAC** shareholders did not make a loan to Affiant/BEATON but rather merely purchased certificates representing shares of said bundles of secured Notes;

8. No one made a loan to the Affiant/BEATON; and, Affiant/BEATON Note is invalid and Deed of Trust is collapsed and thus worthless; and, worthless securities were sold to **FREDDIE MAC**;

9. As a remedy to restore all parties Affiant/BEATON does **CANCEL FOR CAUSE**, *nunc pro tunc* 08/28/2006, the Deed of Trust recorded in King County, Washington under Auditor's File Number 20060906002231; and,

10. Affiant/BEATON denies the signature on the Deed of Trust is an authenticating mark signifying an agreement between Affiant/BEATON and **WASHINGTON MUTUAL BANK, F.A.** due to cognovit phrases placed in the instrument by the **WASHINGTON MUTUAL BANK, F.A.**: 1) mistake and omission of identification of all involved parties; 2) mistake of identification of parties; 3) failure to produce ALL documents required by law and as required by "Grantors"; 4) failure of disclosure of all material facts; 5) failure to disclose origin of funds; 6) failure to disclose history of funds; 7) failure to disclose provenance of funds; 8) no proof of underlying contract enforceable at law; 9) no proof of claim by alleged owner of note and mortgage; 10) no proof of

clear title to property to validate or invalidate any claim or cause of action related to subject property; 11) mistake and undue influence by perceived failure of full disclosure causing the unknowing gift and conveyance of property under guise of contract;

11. Affiant/BEATON never gave, gifted or abandoned any claim, right, title or interest to any party whatsoever in or on the property described herein above;

12. Affiant/BEATON claims all right, title and interest of the subject Real Property vested in him/her pursuant to the Warranty Deed recorded in King County, Washington under Auditor's File Number **20060906002230**, nunc pro tunc Sept. 6, 2006;

Further your Affiant says naught,

Affiant: DEBORAH R. BEATON

Signature: _[signature]_

### JURAT

I  SANDI L RIVERS  a Notary Public certify that I know or have satisfactory evidence that **Deborah R. Beaton** appeared before me, and executed this Affidavit as her sworn statement as a free and voluntary act of her own will under penalty of perjury.

I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of  KING  that the foregoing paragraph is true and correct.

DATED: 04-18-2011

_[signature]_
Notary Public
My appointment expires  09-19-2012

[Notary Seal: SANDI L RIVERS, COMMISSION EXPIRES, NOTARY PUBLIC, STATE OF WASHINGTON, 9-19-12]