**EXHIBIT 11**

Beware of Foreclosure Rescue Scams - Help Is Free! Page 1 of 1

Case 2:11-cv-00872-RAJ   Document 39-11   Filed 01/03/12   Page 2 of 2

En Español |

Search

An official program of the Departments of the Treasury & Housing and Urban Development

HOME    PROGRAMS    GET ASSISTANCE    LEARN MORE    NEWS

Home » Learn M

- Glossary
- Homeowner Examples
- Lending Discrimination
- Modification Evaluator
- Understanding Net Present Value
- Understanding the Trial Period
- Understanding Your Mortgage Statement
- Videos

# Beware of Foreclosure Rescue Scams - Help Is Fre

Foreclosure rescue and mortgage modification scams are a growing problem. Home money—or their home.

Scammers make promises that they cannot keep, such as guarantees to "save" your Scammers may pretend that they have direct contact with your mortgage servicer wh

The Federal government provides free resources to get you the help you need. Hom -888-995-HOPE (4673) for information about the Making Home Affordable® Program Assistance is available in English and Spanish, and other languages by appointment

## Tips to Avoid Scams

1. Beware of anyone who asks you to pay a fee in exchange for a counseling se
2. Scam artists often target homeowners who are struggling to meet their mortg Recognize and avoid common scams.
3. Beware of people who pressure you to sign papers immediately, or who try tc or transfer over the deed to your house.
4. Do not sign over the deed to your property to any organization or individual u company to forgive your debt.
5. Never make a mortgage payment to anyone other than your mortgage compa

## What to Do if You Have Been the Victim of a Scam

If you believe you have been the victim of a scam, you should file a complaint with th online Complaint Assistant or call 1-877-FTC-HELP (1-877-382-4357) for assistance