THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>    Defendants. | NO. CV 11-0872-RAJ<br><br>CERTIFICATE OF SERVICE |

I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 3rd day of January, 2012, I electronically filed the following documents: (1) DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES; (2) DEFENDANT CHASE'S REQUEST FOR JUDICIAL NOTICE IN CONJUNCTION WITH CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES; (3) PROPOSED ORDER GRANTING CHASE'S FRCP 12(b)(6) MOTION TO DISMISS; and (4) CERTIFICATE OF SERVICE, with the Clerk of the Court using the CM/ECF System, which will serve notice to all parties of record in this matter.

On the same date, I caused to be delivered via the United States Postal Service, a copy of the aforementioned documents, postage pre-paid, addressed to the following parties:

CERTIFICATE OF SERVICE -1

CASE NO. 11-CV-0872-RAJ

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

1 Deborah H. Beaton
31431 46th Pl SW
2 Federal Way WA 98023

3 Dated this 3rd day of January, 2012, at Seattle, Washington.

4

5 /s/ Ana I. Todakonzie
Ana I. Todakonzie

CERTIFICATE OF SERVICE -2     BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                              720 OLIVE WAY, SUITE 1201
CASE NO. 11-CV-0872-RAJ       SEATTLE, WASHINGTON 98101-1801
                              206/622.5306 FAX:206/622.0354