The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendants. | No. 11-CV-872-RAJ<br><br>**DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S JOINDER IN DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES**<br><br>**NOTE ON MOTION CALENDAR [JANUARY 27, 2012]** |

COMES NOW, Defendant Northwest Trustee Services, Inc. ("Northwest Trustee") and joins the Motion to Dismiss Plaintiff's First Amended Complaint for Damages of Defendant JPMorgan Chase Bank, N.A. ("Chase") pursuant to F.R.C.P. 12(b)(6) filed on January 3, 2012 [Dkt. 38]. Northwest Trustee incorporates the entirety of Chase's Motion to Dismiss, and all exhibits thereto, as if fully set forth herein.

In view of the foregoing, Defendant Northwest Trustee respectfully requests its Joinder in the Motion to Dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(6) filed herein by Defendant Chase be granted, and that this action be dismissed as to Northwest Trustee, with prejudice.

//

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

//

DATED this 5th day of January, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

/s/ Heidi E. Buck
Heidi E. Buck, WSBA #41769
Attorneys for Defendant Northwest Trustee Services, Inc.

DEFENDANT NORTHWEST TRUSTEE'S JOINDER IN CHASE'S MOTION TO DISMISS -2 of 2
CASE NO. 11-cv-872-RAJ

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131