FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 26 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THE HONORABLE RICHARD A. JONES

11-CV-00872-APPL

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC. <br><br> Defendants, | CASE NO. 2:11-cv-00872-RAJ <br><br> PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE <br><br> NOTE ON MOTION CALENDAR: FEBRUARY___, 2012 |

Plaintiff, DEBORAH R. BEATON, proceeding without counsel, hereby motions this honorable court for relief from deadline to serve her Response in opposition to Defendant JPMORGAN CHASE BANK, N.A., Motion to Dismiss Amended Complaint. The good cause arises as to the recent power outages have delayed Plaintiffs' efforts to finalize and properly serve the response.

Respectfully submitted this 26th day of January, 2012,

Plaintiff: Deborah R. Beaton

Signature: /s/ Deborah R. Beaton

MOTION FOR RELIEF FROM DEADLINE

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 1 of 1