**EXHIBIT A**

Barbara L. Bollero

| | |
|---|---|
| From: | Barbara L. Bollero |
| Sent: | Monday, January 23, 2012 4:20 PM |
| To: | Deborah Beaton - Home (drheab@comcast.net); Deborah Beaton - Work |
| Cc: | 'Heidi Buck (hbuck@rcolegal.com)'; Ana Todakonzie |
| Subject: | Beaton v. Chase and NWTS / WDWA No.: 11-CV-0872-RAJ / BWMW No.: 629.1115394 - Request for Confirmation of Filing |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | Deborah Beaton - Home (drheab@comcast.net) | |
| | Deborah Beaton - Work | |
| | 'Heidi Buck (hbuck@rcolegal.com)' | |
| | Ana Todakonzie | Delivered: 1/23/2012 4:21 PM |

Ms. Beaton –

I just received a call from Judge Townsend's Clerk, Victoria, advising that you had spoken to the Court about needing additional time to file your Opposition to Chase's Motion to Dismiss because you lost power during last week's storm. I understand you intend to file a Motion for Extension of Time.

When do you anticipate completing your Opposition pleadings? It may be that the parties will agree to stipulate to allow you to file them late, to allow this matter to move forward without significant additional delay. Please contact me if you are interested in discussing this possibility.

Thank you,
Barb

**Barbara L. Bollero | Attorney**

 Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201, Seattle, WA 98101
Telephone (206)622-5306 | Ext.5918 | Fax (206)-622-0354
Email: BBollero@bwmlegal.com
www.bwmlegal.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

1