**EXHIBIT B**

# Barbara L. Bollero

| | |
|---|---|
| **From:** | Beaton, Deborah [dbeaton@highlinemedical.org] |
| **To:** | Barbara L. Bollero |
| **Sent:** | Monday, January 23, 2012 4:21 PM |
| **Subject:** | Read: Beaton v. Chase and NWTS / WDWA No.: 11-CV-0872-RAJ / BWMW No.: 629.1115394 - Request for Confirmation of Filing |

Your message

    To:    <u>dbeaton@highlinemedical.org</u>
    Subject:

was read on 1/23/2012 4:21 PM.

1

## Barbara L. Bollero

**From:** System Administrator
**To:** Deborah Beaton - Work
**Sent:** Monday, January 23, 2012 4:21 PM
**Subject:** Delivered: Beaton v. Chase and NWTS / WDWA No.: 11-CV-0872-RAJ / BWMW No.: 629.1115394 - Request for Confirmation of Filing

Your message

    To:    drheab@comcast.net; Deborah Beaton - Work
    Cc:    hbuck@rcolegal.com; Ana Todakonzie
    Subject:    Beaton v. Chase and NWTS / WDWA No.: 11-CV-0872-RAJ  / BWMW No.: 629.1115394 - Request for Confirmation of Filing
    Sent: 1/23/2012 4:20 PM

was delivered to the following recipient(s):

    Deborah Beaton - Work on 1/23/2012 4:21 PM

1