THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br><br>　　　　　　　Defendants. | NO. CV 11-0872-RAJ<br><br>CERTIFICATE OF SERVICE |

　　　　I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 30th day of January, 2012, I electronically filed the following documents: (1) DEFENDANT CHASE'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE RE CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES; (2) DECLARATION OF BARBARA BOLLERO IN SUPPORT OF DEFENDANT CHASE'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE RE CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES; and (3) CERTIFICATE OF SERVICE, with the Clerk of the Court using the CM/ECF System, which will serve notice to all parties of record in this matter.

　　　　On the same date, I caused to be delivered via the United States Postal Service, a copy of the aforementioned documents, postage pre-paid, addressed to the following parties:

CERTIFICATE OF SERVICE -1

CASE NO. 11-CV-0872-RAJ

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

1
2    Deborah H. Beaton
     31431 46th Pl SW
3    Federal Way WA 98023

4    Dated this 30th day of January, 2012, at Seattle, Washington.

5
                                    /s/ Ana I. Todakonzie
6                                   Ana I. Todakonzie

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE -2                 BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                                 720 OLIVE WAY, SUITE 1201
CASE NO. 11-CV-0872-RAJ                      SEATTLE, WASHINGTON 98101-1801
                                               206/622.5306 FAX:206/622.0354