FILED ____ ENTERED
THE HONORABLE RICHARD A. JONES
____ LODGED ____ RECEIVED

FEB 03 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

11-CV-00872-BCST

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK, N.A.; and ) <br> NORTHWEST TRUSTEE SERVICES, INC. ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 2:11-cv-00872-RAJ <br><br> PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 3, 2012 |

Plaintiff, DEBORAH R. BEATON, proceeding without counsel, hereby serves her Response in opposition to Defendant JPMORGAN CHASE BANK, N.A., Motion to Dismiss Amended Complaint and as grounds states:

The record before the Court is incomplete because the Defendants have not participated in discovery by producing documents the Plaintiffs have requested. The Defendants previously agreed to the terms of discovery in the FRCP 26 meeting but then refused to supply the documentation requested. This case is not ripe for dismissal because all of facts are not on the record before the Court by no fault of the Plaintiff.

All of the purported Facts relied upon by the Defendants do NOT fully 'evidence' a

---

RESPONSE IN OPPOSITION TO MOTION
TO DISMISS

Page 1 of 3

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

debt and fall far short of proving that the Plaintiff has damaged the Defendant JPMORGAN CHASE BANK, N.A. or caused them a loss of any kind.

Plaintiff's requested that the Defendant to produce the FR 2046, balance sheet which displays OMB number on it which is subject to disclosure under the privacy act, Title 5 U.S.C. 552(b)(4). Additionally Plaintiff request if for production of the FASB Form #4 (changes in beneficial ownership of securities); and, FASB #95 (credit to transactional account); and, FASB #125 (securitization accounting); and, FASB #133 (derivatives on hedge accounts); and, FASB #140 (Offsetting of financial assets and liabilities); each of these documents have OMB numbers on them and are subject to disclosure under the privacy act. Production of these documents is the only positive way to prove the Defendant's non-judicial foreclosure claim against the Plaintiff has the right to obtain them before the court dismisses the matter.

Additionally, if the Court has access to a Bloomberg terminal and a specialist who is certified to use it may search the Bloomberg online Database for the subject Loan. It will show that the Defendant did not/does not own the subject Loan. It only shows that the Defendant may be the 'Servicer' of the loan. The Defendant seems to have confused the selling or transferring of the Note with the selling of Servicing Rights, which is simply the right to collect payments on the Note and distribute them to investors while keeping back a small portion for them self called a servicing fee. The Defendant's purchase of 'Servicing Rights' does not and cannot lawfully include the right to foreclose.

Plaintiffs object to the Defendant's motions for dismissal because the Defendant's motion is based on their one sided versions of the facts meanwhile the Defendants have

RESPONSE IN OPPOSITION TO MOTION TO DISMISS

**Deborah R. Beaton, Plaintiff**
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

blocked the Plaintiffs from access to proof that supports the Plaintiff's position. See *Dioguardi v. Durning*, 139 F.2d 774 (CA2 1944) "....we conclude that he is entitled to an opportunity to offer proof." How can the Plaintiffs offer proof if the Defendants refuse to participate in discovery? Please recall that it is the Defendant's underlying non-judicial foreclosure claim that gave rise to this lawsuit. There is no evidence or proof that the Plaintiff has damaged or injured the Defendant in any way.

## PLAINTIFF'S CONCLUSION

Plaintiff requests that Court deny the Defendant Motion to Dismiss.

Respectfully submitted this __3d__ day of February, 2012,

Plaintiff: Deborah R. Beaton

Signature: _Deborah R Beaton_

RESPONSE IN OPPOSITION TO MOTION
TO DISMISS

Deborah R. Beaton, Plaintiff
31431 46th Pl SW
Federal Way, WA 98023
(509) 499-1607

Page 3 of 3