11-CV-00872-CJA

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>  Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br>  Defendant(s). | Case No. 2:11-CV-00872-RAJ<br><br>**CERTIFICATE OF MAILING** |

I, DEBORAH R. BEATON, personally mailed the following by USPS mail:

1. PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT

To the Defendant:    **JP MORGAN CHASE BANK N.A.**

At Attorneys for Defendant    **Barbara L. Bollero & David A. Weibel**
BISHOP WHITE MARSHALL & WEIBEL, PS
720 Olive Way Ste 1201
Seattle, WA 98101

CERTIFICATE OF MAILING

Page 1 of 2

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023

To the Defendant: **NORTHWEST TRUSTEE SERVICES, INC.**

At Attorneys for Defendant    Heidi E. Buck
ROUTH CRABTREE OLSEN
13555 SE 36th Street Ste 300
Bellevue, WA 98006

on February 3, 2012.

Signature: _[signed] Deborah R Beaton_

CERTIFICATE OF MAILING

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023

Page 2 of 2