HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH R. BEATON,

         Plaintiff,

   v.

JP MORGAN CHASE BANK N.A., et al.,

         Defendant.

CASE NO. 11-872 RAJ

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

      On January 26, 2012, pro se plaintiff Deborah Beaton filed a motion for relief from deadline to file a response to defendant JP Morgan Chase Bank's motion to dismiss due to the power outages that occurred during the week of January 16, 2012. Dkt. # 42. Defendant JP Morgan Chase Bank filed an opposition on January 30, 2012. On February 3, 2012, plaintiff filed her Response to the motion to dismiss. In the interests of justice, the court will accept plaintiff's late filing this time. The court encourages plaintiff to work with defendant's counsel in the future regarding scheduling issues. The Clerk of

MINUTE ORDER- 1

Court is ORDERED to re-note the motion to dismiss (Dkt. # 38) to February 10, 2012, and to terminate plaintiff's motion for extension of time (Dkt. # 42).

Dated this 6th day of February, 2012.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER- 2