The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>                              Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.; and<br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>                              Defendants. | No. 11-CV-872-RAJ<br><br>**DECLARATION OF COUNSEL, HEIDI E. BUCK, IN SUPPORT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO NORTHWEST TRUSTEE'S JOINDER IN DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S [FIRST] AMENDED COMPLAINT FOR DAMAGES** |

Heidi E. Buck declares as follows:

1. I am the attorney for Defendant Northwest Trustee Services, Inc. ("Northwest Trustee") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

2. Prior to filing the response to the pending Motion to Dismiss and Joinder on February 3, 2012, alleging Defendants had refused to participate in discovery, Plaintiff made no attempt to contact my office in regard to the apparent outstanding discovery responses.

3. At no time has Plaintiff made any attempt to meet and confer in regard to Plaintiff's apparent discovery requests.

DECLARATION OF HEIDI E. BUCK
1 of 2 CASE NO. 11-cv-872-RAJ

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1      4.  On February 9, 2012, Northwest Trustee served on Plaintiff all documents it has in its possession which are responsive to the requests as well as notified Plaintiff of Defendant Northwest Trustee's objections thereto.

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.  This declaration was executed this 10th day of February 2012 at Bellevue, Washington.

                              /s/  Heidi E. Buck
                              Heidi E. Buck, Declarant

DECLARATION OF HEIDI E. BUCK
2 of 2 CASE NO. 11-cv-872-RAJ

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131