The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, | No. 11-CV-872-RAJ |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC., | |
| Defendants. | |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on February 10, 2012, I caused a copy of **Defendant Northwest Trustee Services, Inc.'s Reply to Plaintiff's Response to Northwest Trustee's Joinder in Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's [First] Amended Complaint for Damages; and the Declaration of Counsel, Heidi E. Buck, in Support of Defendant Northwest Trustee Services, Inc.'s Reply to Plaintiff's Response to Northwest Trustee's Joinder in Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's [First] Amended Complaint for Damages;** to be served to the following in the manner noted below:

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| Deborah R. Beaton<br>31431 46th Pl. SW<br>Federal Way, WA  98203<br><br>*Pro Se* Plaintiff | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile |
|---|---|
| David A. Weibel<br>Barbara L. Bollero<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA  98101-1801<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 10th day of February, 2012.

                                    /s/  Kristine Stephan
                                    Kristine Stephan, Paralegal

DECLARATION OF SERVICE –
PAGE 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131