```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

    APR 27 2012        RE

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
  BY                       DEPUTY
```

11-CV-00872-CMP

# THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DEBORAH R. BEATON, | ) | |
| Plaintiff, | ) | Case No. 2:11-CV-00872-RAJ |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF MAILING** |
| JP MORGAN CHASE BANK N.A., | ) | |
| NORTHWEST TRUSTEE SERVICES, INC. | ) | |
| Defendant(s). | ) | |

I, Linda L Stephenson, personally mailed the following by USPS mail:

1.  PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT

To the Defendant:        **JP MORGAN CHASE BANK N.A.**

At Attorneys for Defendant        **Barbara L. Bollero & David A. Weibel**
BISHOP WHITE MARSHALL & WEIBEL, PS
720 Olive Way Ste 1201
Seattle, WA 98101

CERTIFICATE OF MAILING

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023

1

2  To the Defendant:          **NORTHWEST TRUSTEE SERVICES, INC.**

3

4
   At Attorneys for Defendant        **Heidi E. Buck**
5                                     ROUTH CRABTREE OLSEN
                                      13555 SE 36th Street Ste 300
6                                     Bellevue, WA  98006

7
   on April _____, 2012.
8

9
                                      Signature: _____
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF MAILING                         **Deborah R. Beaton, Plaintiff**
                                                    **31431 SW 46th Place**
                                                  **Federal Way, WA 98023**
Page 2 of 2