The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, | ) |
| Plaintiff, | ) No. 11-00872-RAJ |
| v. | ) **NOTICE OF UNAVAILABILITY** |
| JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC., | ) |
| Defendants. | ) |

TO:         Deborah R. Beaton, *Pro Se* Plaintiff;

AND TO:   David A. Weibel and Barbara L. Bollero, Attorneys for Defendant JPMorgan Chase Bank, N.A.;

AND TO:   The Clerk of the Court:

PLEASE TAKE NOTICE that Heidi Buck will be out of the state or otherwise unavailable from August 6, 2012 through August 22, 2012.  It is requested that motions and other court hearings not be scheduled to occur during the time of my absence, and that motions or other hearings be scheduled so that there is sufficient time to prepare for them following the end of my absence.

//

//

///

NOTICE OF UNAVAILABILITY –
PAGE 1 OF 3

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  There is no other attorney available with sufficient factual knowledge of this case to respond to any

2  substantive request for relief during my absence.

3        DATED this 11th day of July, 2012.

                                 **ROUTH CRABTREE OLSEN, P.S.**

                                   /s/  Heidi E. Buck
                                   Heidi E. Buck, WSBA #41769
                                   Attorneys for Defendant Northwest
                                   Trustee Services, Inc.

NOTICE OF UNAVAILABILITY –
PAGE 2 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on July 11, 2012, I caused a copy of the **Notice of Unavailability** to be served to the following in the manner noted below:

| | |
|---|---|
| Deborah R. Beaton<br>31431 46th Pl. SW<br>Federal Way, WA  98203<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| David A. Weibel<br>Barbara L. Bollero<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA  98101-1801<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 11th day of July, 2012.

    /s/  Kristine Stephan
Kristine Stephan, Paralegal

NOTICE OF UNAVAILABILITY –
PAGE 3 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131