THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. BEATON,<br><br>      Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>      Defendants. | NO. 2:11-cv -00872-RAJ<br><br>CERTIFICATE OF SERVICE |

  I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 21st day of AUGUST, 2012, I electronically filed the following document: (1) PROPOSED ORDER GRANTING DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT, with the Clerk of the Court using the CM/ECF System, which will serve notice to all parties of record in this matter.

  On the same date, I caused to be delivered via the United States Postal Service, a copy of the aforementioned documents, postage pre-paid, addressed to the following parties:

  Deborah H. Beaton
  31431 46th Pl SW
  Federal Way WA 98023

CERTIFICATE OF SERVICE -1

CASE NO. 2:11-cv-00872-RAJ

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354

1   Dated this 21st day of August, 2012, at Seattle, Washington.

2

3                                    /s/ Ana I. Todakonzie
                                     Ana I. Todakonzie

CERTIFICATE OF SERVICE -2                    BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                                     720 OLIVE WAY, SUITE 1201
CASE NO. 2:11-cv-00872-RAJ                      SEATTLE, WASHINGTON 98101-1801
                                                  206/622.5306 FAX:206/622.0354