BENEFICIARY DECLARATION
(NOTE HOLDER)
(Executed by Officer of Beneficiary)

Loan No. ██████1255
Property Address: 22650 24th Avenue South, Des Moines, WA  98198

The undersigned, under penalty of perjury declares as follows:

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this 29TH day of NOVEMBER, 20 10 in ____Jacksonville____, ____Florida____.

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA, beneficiary

By _____Ediba Trivuncic_____
Its _____Foreclosure Officer_____


OR _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


BENEFICIARY DECLARATION
(NOTE HOLDER)
(Attorney in Fact for Beneficiary)

Loan No. ██████1255

The undersigned, under penalty of perjury declares as follows:

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ____ day of _____, 20___ in _____, _____.

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA, beneficiary
_____, its Attorney in Fact

By _____
Its _____

EXHIBIT NO. 6
1 OF 2

NWTS #:7763.28416
Matter name: Beaton, Deborah R.

EXHIBIT NO. 6
2 OF 2