The Honorable Richard A. Jones

1

2

3

4

5

6

7   **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON**
8                 **AT SEATTLE**

9   DEBORAH R. BEATON,                          )
                                               )
10                        Plaintiff,           )   No. 11-CV-00872-RAJ
                                               )
11   v.                                        )   **PROPOSED ORDER GRANTING**
                                               )   **DEFENDANT NORTHWEST**
12   JPMORGAN CHASE BANK, N.A.; and            )   **TRUSTEE SERVICES, INC.'S**
   NORTHWEST TRUSTEE SERVICES, INC.,          )   **JOINDER IN AND SUPPLEMENT OF**
13                                             )   **DEFENDANT JPMORGAN CHASE**
                        Defendants.            )   **BANK, N.A.'S MOTION TO DISMISS**
14                                             )   **PLAINTIFF'S SECOND AMENDED**
                                               )   **COMPLAINT PURSUANT TO FRCP**
15                                             )   **12(B)(6)**
                                               )
16                                             )   **NOTE ON MOTION CALENDAR**
                                               )   **September 28, 2012**
17                                             )
   _____   )
18

                        **I.  PROPOSED ORDER**
19

20         This matter having come before the Court on Defendant Northwest Trustee Services,

21   Inc.'s ("NWTS") joinder in and supplement of the Motion to Dismiss Plaintiff's Second

22   Amended Verified Complaint of Defendant JPMorgan Chase Bank, N.A. ("Chase") pursuant to

23   F.R.C.P. 12(b)(6) filed on August 21, 2012 [Dkt. 57] and the Court having considered the

24   parties' pleadings, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's

25   Second Amended Complaint is dismissed, in entirety and with prejudice as to Defendant NWTS.

26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2    ORDERED this _____ day of _____, 2012.

3

4                                          _____

5                                          The Honorable Richard A. Jones

6

7

8    Presented by:

9    **ROUTH CRABTREE OLSEN, P.S.**

10

11   By: /s/  Heidi E. Buck_____
         Heidi E. Buck, WSBA #41769

12       Attorneys for Defendant Northwest
         Trustee Services, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131