The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, | )<br>) |
| Plaintiff, | ) No. 11-00872-RAJ<br>) |
| v. | ) **DECLARATION OF SERVICE**<br>) |
| JPMORGAN CHASE BANK, N.A.; and<br>NORTHWEST TRUSTEE SERVICES, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on August 31, 2012, I caused a copy of **Defendant Northwest Trustee Services, Inc.'s Joinder In and Supplement of Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to FRCP 12(b)(6); and the** *Proposed* **Order Granting Defendant Northwest Trustee Services, Inc.'s Joinder In and Supplement of Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's**

DECLARATION OF SERVICE –
PAGE 1 OF 2
CASE NO. 11-cv-00872-RAJ

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  **Second Amended Complaint Pursuant to FRCP 12(b)(6);** to be served to the following in the

2  manner noted below:

| Deborah R. Beaton<br>31431 46th Pl. SW<br>Federal Way, WA 98203<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile |
|---|---|
| David A. Weibel<br>Barbara L. Bollero<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA 98101-1801<br><br>Attorneys for Defendant JPMorgan Chase Bank, N.A. | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 31st day of August, 2012.

                                                /s/  Kristine Stephan
                                                Kristine Stephan, Paralegal

DECLARATION OF SERVICE –
PAGE 2 OF 2
CASE NO. 11-cv-00872-RAJ

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131