

11-CV-00872-WV

# EXHIBIT "A" ATTACHED

# (HEREUNDER)

**Electronically Recorded**
**20101201001577**
NORTHWEST TITLE        AST         14.00
Page 001 of 001
12/01/2010 04:15
King County, WA

After Recording Return to:
Vonnie McGilliard
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

---

## Appointment of Successor Trustee

File No. 7763.28416

Deborah R. Beaton, an unmarried individual is/are the grantor(s). Ticor Title Company is the trustee and Washington Mutual Bank, F.A. is the beneficiary under that certain deed of trust dated 08/28/06 and recorded on 09/06/06 under King County, Washington Auditor's File No. 20060906002231.

The present beneficiary under said deed of trust appoints Northwest Trustee Services, Inc., a Washington corporation, whose address is P.O. Box 997, Bellevue, WA 98009-0997, as successor trustee under the deed of trust with all powers of the original trustee.

JPMorgan Chase Bank, N.A. successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA

By _Edibe Trivuncic_

Edibe Trivuncic      Foreclosure Officer

STATE OF _Florida_ )
                    ) ss.
COUNTY OF _Duval_  )

I certify that I know or have satisfactory evidence that _Edibe Trivuncic_ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the _Foreclosure Officer_ of _JP Morgan Chase Bank, National Association_ to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 11/29/2010

_Deborah A. McNulty_
Notary Public in and for the State of _Florida_
Residing at _Jacksonville_
My appointment expires:

NORTHWEST TRUSTEE SERVICES, INC.
P.O. BOX 997
BELLEVUE, WA 98009-0997
425-586-1900    FAX 425-586-1997

Client: JPMorgan Chase Bank, National Association
Borrower: Beaton, Deborah R.


DEBORAH A. MCNULTY
Notary Public - State of Florida
My Comm. Expires Jan 30, 2011
Commission # DD 851482
Bonded Through National Notary Assn.

Go straight to content.

- Home |
- Terms and Conditions |
- Privacy Policy



Freddie Mac
How to Get Help with Your Mortgage

# Yes. Our records show that Freddie Mac is the owner of your mortgage.

En Español

## What to Do Next

1. **For help with your mortgage, contact your lender and let them know you would like to pursue assistance through the federal Making Home Affordable program.**

    (Your lender is the company to which you make your mortgage payments, and may also be referred to as a mortgage servicer.) Your lender can help you determine if you are eligible for the Making Home Affordable Program.

    a. **Through the Making Home Affordable program**, there are several options available to you:

     - A **Home Affordable Modification** to help you obtain more affordable mortage payments if you're behind in making your mortgage payments or believe you may be soon.

     - A **Home Affordable Refinance** to better position you for long-term homeownership success if you have been making timely mortgage payments but have been unable to refinance due to declining property values.

     - A **short sale** or **"deed-in-lieu of foreclosure"** to transition to more affordable housing if it is not realistic for you to keep your home.

    Freddie Mac is working with our mortgage servicers (your lenders) to offer these solutions to eligible borrowers with Freddie Mac-owned mortgages. *Because Freddie Mac does not work directly with consumers, you will need to work with your lender to determine your best foreclosure prevention option.*

    b. **If you are not eligible for the Making Home Affordable program**, don't give up! Ask

your lender about other options to make your payments more affordable or to avoid foreclosure. There are other options available for homeowners with Freddie Mac-owned mortgages that are available through your lender.

2. **If you are unable to reach your lender, call a U.S. Department of Housing & Urban Development (HUD)-certified housing counselor at 1-800-569-4287 or <u>visit the web site</u> to find a housing counselor in your area.**

Housing counselors can help you contact and work with your lender to get help with your mortgage – free of charge

Support Information:

**What to Expect**

**Be patient and diligent.** Lenders are working hard to get to every call and sometimes it takes longer than you expect.

**Be prepared.** Before you call your lender, here's what you'll need for <u>your conversation</u>.

**Get more information:**

Learn more about the federal <u>Making Home Affordable</u> program and the options available to you.

Get answers to our most <u>frequently asked questions</u> about the Making Home Affordable program.

Visit our <u>Working With Your Lender to Stop Foreclosure</u> page to help prepare for your discussion with your lender.

<u>Read about others who have successfully found options to avoid foreclosure.</u>

Thank you for contacting Freddie Mac. One of our top priorities is making sure homeowners with Freddie Mac-owned mortgages are able to get proper help and understand all options available to them during this difficult time.

© Freddie Mac