```
_____ FILED      _____ ENTERED
CC TO JUDGE__DJ_LODGED _____ RECEIVED
               SEP  6 2012    DJ
                    AT SEATTLE
              CLERK U.S. DISTRICT COURT
                           WASHINGTON
```

11-CV-00872-RPT

# THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH R. BEATON,<br><br>    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK N.A.,<br>NORTHWEST TRUSTEE SERVICES, INC.<br>    Defendant(s). | Case No. 2:11-CV-00872-RAJ<br><br>**CERTIFICATE OF MAILING** |

I, Linda L Stephenson, personally mailed the following by USPS first class mail:

1. PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT w/ Exhibits

2. Deborah R. Beaton's Affidavit of Civil Rights Violations Committed

To the Defendant:        **JP MORGAN CHASE BANK N.A.**

At Attorneys for Defendant        **Barbara L. Bollero & David A. Weibel**
                                  BISHOP WHITE MARSHALL & WEIBEL, PS
                                  720 Olive Way Ste 1201
                                  Seattle, WA 98101

---

CERTIFICATE OF MAILING                                    Deborah R. Beaton, Plaintiff
                                                          31431 SW 46th Place
                                                          Federal Way, WA 98023

Page 1 of 2

To the Defendant:     **NORTHWEST TRUSTEE SERVICES, INC.**

At Attorneys for Defendant     **Heidi E. Buck**
ROUTH CRABTREE OLSEN
13555 SE 36th Street Ste 300
Bellevue, WA 98006

on September 6th, 2012.

Signature: _____

CERTIFICATE OF MAILING

Page 2 of 2

Deborah R. Beaton, Plaintiff
31431 SW 46th Place
Federal Way, WA 98023