1  David A. Weibel, WSBA #24031
   Barbara L. Bollero, WSBA #28906
2  BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
   720 Olive Way, Suite 1201
3  Seattle, WA 98101-1801
   Telephone: 206-622-5306
4  Facsimile: 206-622-0354
   dweibel@bwmlegal.com
5  bbollero@bwmlegal.com
   *Attorneys for Defendant Chase*
6

7

8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                       AT SEATTLE

10 DEBORAH H. BEATON,

11                    Plaintiff,            NO. 2:11-cv-0872-RAJ

12         v.
                                            STIPULATION AND JOINT
13 JPMORGAN CHASE BANK N.A.,                MOTION TO EXTEND TIME FOR
   NORTHWEST TRUSTEE SERVICES, INC.         CHASE'S REPLY BRIEFING AND
14                                          RE-NOTE OF DEFENDANT
                      Defendants.           CHASE'S FRCP 12(b)(6) MOTION
15                                          TO DISMISS AND [PROPOSED]
                                            ORDER THEREON
16                                                    *September 28, 2012*
17                                          NOTING DATE: ~~October 1, 2012~~

18

19              I.    JOINT REPRESENTATIONS

20     The parties hereto jointly represent to the Court as follows:

21     1.   This litigation arises from the conduct of nonjudicial foreclosure proceedings

22 against Plaintiff's real property by Defendants [Dkts. 1, 55];

23 STIPULATION AND JOINT MOTION TO        BISHOP WHITE, MARSHALL & WEIBEL, P.S.
   EXTEND TIME FOR CHASE'S REPLY                  720 OLIVE WAY, SUITE 1201
24 BRIEFING AND RE-NOTE OF                    SEATTLE, WASHINGTON 98101-1801
   DEFENDANT CHASE'S FRCP 12(b)(6)             206/622-5306  FAX: 206/622-0354
25 MOTION TO DISMISS AND
   [PROPOSED] ORDER THEREON - 1

   NO. 2:11-cv-0872-RAJ

2. Defendant JPMorgan Chase Bank, N.A. ("Chase"), filed its Motion to Dismiss [Dkt. 57] Plaintiff's Second Amended Verified Complaint [Dkt. 55] for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6), noting the motion for consideration on September 28, 2012;

3. Defendant Northwest Trustee Services, Inc. ("NWTS") filed its Joinder in and Supplement of Chase's Motion to Dismiss [Dkt. 58], also noting its motion for consideration on September 28, 2012;

4. In response to Chase's and NWTS's dismissal motions, on September 10, 2012, Plaintiff filed both an Opposition [Dkt. 59] and "Affidavit of Civil Rights Violations Committed" [Dkt. 60];

5. Chase's counsel was away from the office when Plaintiffs' Opposition and Affidavit were filed, did not return until September 18, 2012, and was unable to review them until after that date due to the press of business;

6. On short notice, Chase's counsel was unexpectedly and unavoidably required to appear for three different hearings of Motions for Temporary Restraining Orders conducted by the Snohomish County Superior Court in Everett on September 27 and 28, 2012, necessitating approximately one and one-half business days that she intended to devote to drafting Chase's Reply briefing in this matter, and despite best efforts she has been unable to complete same;

7. All parties have graciously agreed to Chase's request to extend time for filing of its Reply briefing, and to re-note Chase's Motion to Dismiss [Dkt. 57] for consideration on October 12, 2012; and

STIPULATION AND JOINT MOTION TO EXTEND TIME FOR CHASE'S REPLY BRIEFING AND RE-NOTE OF DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS AND [PROPOSED] ORDER THEREON - 2

NO. 2:11-cv-0872-RAJ

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

8. Because NWTS's Joinder in and Supplement of Chase's Motion to Dismiss [Dkt. 58] is necessarily dependent on Chase's Motion to Dismiss [Dkt. 57], all parties have also agreed to re-note NWTS's dismissal motion to October 12, 2012, for judicial economy and the convenience of the Court and parties.

## II. JOINT STIPULATION AND MOTION

In consideration of the foregoing Joint Representations, the parties hereto, by and through their counsel of record, stipulate to and jointly move the Court for entry of an Order granting the following relief:

1. Extending the time for filing Chase's Reply briefing to Plaintiff's Opposition [Dkt. 59] and "Affidavit of Civil Rights Violations Committed" [Dkt. 60] to Chase's Motion to Dismiss [Dkt. 57] to October 12, 2012;

2. Re-noting Chase's Motion to Dismiss [Dkt. 57] for consideration on October 12, 2012;

3. Extending the time for filing NWTS's Reply briefing to Plaintiff's Opposition [Dkt. 59] and "Affidavit of Civil Rights Violations Committed" [Dkt. 60] to NWTS's Joinder in and Supplement of Chase's Motion to Dismiss [Dkt. 58] to October 12, 2012; and

4. Re-noting NWTS's Joinder in and Supplement of Chase's Motion to Dismiss [Dkt. 58] for consideration on October 12, 2012.

STIPULATION AND JOINT MOTION TO EXTEND TIME FOR CHASE'S REPLY BRIEFING AND RE-NOTE OF DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS AND [PROPOSED] ORDER THEREON - 3

NO. 2:11-cv-0872-RAJ

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

1  IT IS SO STIPULATED this 28th day of September, 2012.

BISHOP, WHITE, MARSHALL
& WEIBEL, P.S.

By:/s/ Barbara L. Bollero
Barbara L. Bollero, WSBA #28906
Attorney for Defendant JP MORGAN
CHASE BANK, N.A.


ROUTH CRABTREE OLSEN, P.S.

By: /s/ Heidi E. Buck
Heidi E. Buck, WSBA #41769
Attorneys for Defendant
NORTHWEST TRUSTEE SERVICES, INC.


DEBORAH R. BEATON

*[signature]*
Plaintiff, *Pro Se*

### III. ORDER

IT IS SO ORDERED this ____ day of October, 2012.

_____
Richard A. Jones
United States District Judge

STIPULATION AND JOINT MOTION TO EXTEND TIME FOR CHASE'S REPLY BRIEFING AND RE-NOTE OF DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS AND [PROPOSED] ORDER THEREON - 4

NO. 2:11-cv-0872-RAJ

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 28th day of ~~October,~~ September 2012, I electronically filed the following document: STIPULATION AND JOINT MOTION TO EXTEND TIME FOR CHASE'S REPLY BRIEFING AND RE-NOTE OF DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS AND [PROPOSED] ORDER THEREON, with the Clerk of the Court using the CM/ECF System, which will serve notice to all parties of record in this matter.

On the same date, I caused to be delivered via the United States Postal Service, a copy of the aforementioned document, postage pre-paid, addressed to the following parties:

Deborah H. Beaton
31431 46th Pl SW
Federal Way WA 98023

Dated this 28th day of ~~October~~ September, 2012, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

STIPULATION AND JOINT MOTION TO EXTEND TIME FOR CHASE'S REPLY BRIEFING AND RE-NOTE OF DEFENDANT CHASE'S FRCP 12(b)(6) MOTION TO DISMISS AND [PROPOSED] ORDER THEREON - 5

NO. 2:11-cv-0872-RAJ

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306   FAX: 206/622-0354