Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH R. BEATON, <br><br>    Plaintiff, <br><br>    v. <br><br> JP MORGAN CHASE BANK N.A., et al., <br><br>    Defendants. | No. C11-872 RAJ <br><br> MINUTE ORDER SETTING *AMENDED* TRIAL DATE AND RELATED DATES |

| | |
|---|---|
| **JURY TRIAL DATE** | **JANUARY 6, 2014** |
| Deadline to Complete Discovery | September 9, 2013 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes | |
| Deadline to File Dispositive Motions | October 8, 2013 |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter | December 9, 2013 |
| Agreed Pretrial Order due | December 23, 2013 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | December 30, 2013 |

MINUTE ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES – 1

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.** Failure to complete discovery within the time allowed is not recognized as good cause. The parties must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov/ElectronicFiling/ECFHomepage.htm.

The following alterations to the Filing Procedures apply in all cases pending before Judge Jones:

1. Section III, Paragraph F: When the aggregate submittal to the Court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50 pages** in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office no later than 10:30 a.m. the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." Filers must label each courtesy copy of a document with its docket number. Parties may print the document from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options" to meet this requirement, or may manually affix the docket number to each document.

2. Section III, Paragraph L: The parties need not file or email a copy of the proposed order to the judge's orders email address except when the proposed order is stipulated, agreed, or otherwise uncontested, or on motions for injunctive relief.

## EXHIBITS

The original and one copy of any exhibits to be used at trial are to be delivered to chambers no later than 4:00 p.m. on the date set forth above. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby sets forth the following procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively after Plaintiff's exhibits using the next number sequence not used by Plaintiff (*e.g.*, if Plaintiff has marked 150 exhibits, Defendant shall mark its exhibits beginning with 200) . Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible. The parties are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1, except as it pertains to exhibits, as ordered above.

**SETTLEMENT**

Should this case settle, the parties shall notify Victoria Ericksen as soon as possible at (206) 370-8517.

DATED: April 1, 2013.

                                            */s Richard A. Jones*
                                            RICHARD A. JONES
                                            United States District Judge