HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH H. BEATON,

         Plaintiff,

   v.

JPMORGAN CHASE BANK N.A., et al.,

         Defendants.

CASE NO. C11-0872 RAJ

ORDER

      This matter comes before the court on plaintiff Deborah Beaton's motion for an order voluntarily dismissing the case pursuant to Rule 41. Dkt. # 67. Defendants do not object to the voluntary dismissal. Accordingly, the court GRANTS plaintiff's motion to dismiss this case without prejudice and without costs or fees to either party. Dkt. # 67.

      Dated this 26th day of June, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1